**CYNDEE L. PETERSON**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**Email: Cyndee.Peterson@usdoj.gov**



FILED

JUN 2 8 2017

Clerk, U S District Court
District Of Montana
Missoula

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION



| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 17 - 48 -GF-BMM** |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **SEXUAL EXPLOITATION OF A CHILD** |
| **JAYCOB TYLER KUTZERA,** | Title 18 U.S.C. § 2251(a) (Counts 1-36) (Penalty: Mandatory minimum 15 to 30 years imprisonment, up to $250,000 fine, five years to lifetime supervised release, and $5,000 special assessment) |
| **Defendant.** | |
| | **FORFEITURE** Title 18 U.S.C. § 2253(a) |

THE GRAND JURY CHARGES:

COUNT 1 through COUNT 36

That on or about the dates set forth in the table below, in Cascade County, in

the State and District of Montana and elsewhere, the defendant, JAYCOB TYLER

1

KUTZERA, did employ, use, persuade, induce, entice, and coerce any minor, Jane Doe, who is known to the defendant but whose name is withheld to protect her identity, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, namely the file identified with the associated date in the table below, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a).

| COUNT | DATE | FILE |
|---|---|---|
| 1 | April 7, 2016 | Image sent via Facebook at 5:08 p.m. |
| 2 | April 7, 2016 | Image sent via Facebook at 10:37 p.m. |
| 3 | April 8, 2016 | Image sent via Facebook at 2:37 p.m. |
| 4 | April 11, 2016 | Image sent via Facebook at 5:15 p.m. |
| 5 | July 10, 2016 | video file *3-428109.mp4* |
| 6 | July 10, 2016 | video file *3-428529.mp4* |
| 7 | July 10, 2016 | video file *3-428532.mp4* |
| 8 | July 10, 2016 | image file *3-428494.jpg* |
| 9 | July 10, 2016 | image file *3-428504.jpg* |

| 10 | July 10, 2016 | Image file *3-428512* |
| 11 | July 10, 2016 | Image file *3-428513* |
| 12 | July 10, 2016 | Image file *3-428514* |
| 13 | July 10, 2016 | Image file *3-428515* |
| 14 | July 10, 2016 | Image file *3-428516* |
| 15 | July 10, 2016 | Image file *3-428518* |
| 16 | July 10, 2016 | Image file *3-428519* |
| 17 | July 10, 2016 | Image file *3-428521* |
| 18 | July 11, 2016 | image file *3-428018.jpg* |
| 19 | July 11, 2016 | image file *3-428500.jpg* |
| 20 | July 11, 2016 | image file *3-428502.jpg* |
| 21 | July 11, 2016 | image file *3-428497.jpg* |
| 22 | July 11, 2016 | image file *3-428488.jpg* |
| 23 | July 11, 2016 | image file *3-428505.jpg* |
| 24 | July 11, 2016 | image file *3-428493.jpg* |
| 25 | July 11, 2016 | image file *3-428491.jpg* |
| 26 | July 11, 2016 | image file *3-428495.jpg* |
| 27 | July 11, 2016 | image file *3-428498.jpg* |
| 28 | July 11, 2016 | image file *3-428503.jpg* |

| 29 | July 11, 2016 | image file *3-428501.jpg* |
| 30 | July 11, 2016 | image file *3-428099.jpg* |
| 31 | July 11, 2016 | image file *3-428492.jpg* |
| 32 | July 11, 2016 | image file *3-42898.jpg* |
| 33 | July 11, 2016 | image file *3-428510.jpg* |
| 34 | July 12, 2016 | image file *3-239651.jpg* |
| 35 | July 12, 2016 | image file *3-428509.jpg* |
| 36 | October 1, 2016 | Video found on Kutzera's LG cellular phone with hash value: d27656675c8a2695edd1575f3d696bce |

## FORFEITURE ALLEGATION

As a result of the commission of the crimes described above, and upon his conviction, the defendant, JAYCOB TYLER KUTZERA, shall forfeit to the United States, all right, title and interest in the following described property that represents property used to commit the offense:

- HP Slimline Desktop computer, s/n 4C14220ZX4, and

- LG LGMS345 cell phone, s/n 512CYAS357768,

pursuant to 18 U.S.C. § 2253(a).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney