RECORDING REQUESTED BY
Avi Bar Levy
Joseph Alan Vergilio
Susan Gayle Vergilio
WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
312 No. SPRING STREET, Rm. G-8
LOS ANGELES, CALIFORNIA 90012

Recorded in Official Records, County of San Bernardino
**BOB DUTTON**
ASSESSOR – RECORDER – CLERK
P Counter

7/06/2017
12:34 PM
SG
SAN

Doc#: 2017-0275884   Titles: 2   Pages: 2

Fees   53.00
Taxes   0.00
Other   0.00
PAID   $53.00

FILED 2017 JUL 18 AM 10:04 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST**, Made this  7/6/17  between  **Joseph Alan Vergilio**  and **Susan Gayle Vergilio, Husband and Wife as Joint Tenants**  herein called TRUSTOR, whose address is **7373 Judy Lane, Apple Valley CA 92308**  and First Corporate Solutions, Inc. herein called TRUSTEE; and **Clerk, U.S. District Court, Central District of California**, herein called BENEFICIARY; WITNESSETH: THAT TRUSTOR IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST WITH POWER OF SALE THAT PROPERTY DESCRIBED AS FOLLOWS: State of California, County of  **San Bernardino**

SAN BERNARDINO MERIDIAN, CALIFORNIA, WEST 1/2, SOUTHWEST 1/4, NORTHWEST 1/4, SOUTHWEST 1/4 OF SECTION 32, TP 4 NORTH, R 3 WEST, 5 ACRES.

Common Address:   7373 Judy Lane, Apple Valley CA 92308   APN# 0433-193-23

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s) **Jaycob Tyler Kutzera** in Case No **5:17MJ323-DUTY** which includes an obligation by said Trustor(s) surety(ies) in the amount of  $ 100,000.00

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| ContraCosta | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series | 5 Book | 1964, | Page 149774 | | |

CR-5 (04/04)   **SHORT FORM DEED OF TRUST**

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on the reverse page hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by laws.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth

x *[signature]* Joseph Alan Vergilio

x *[signature]* Susan Gayle Vergilio

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

State of California
County of San Bernardino

On 7/6/17 before me Marie Crystal Magana, a notary public, personally appeared Joseph Alan Vergilio and Susan Gayle Vergilio who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*[Signature of Notary Public]* (Notary Seal)



MARIE CRYSTAL MAGANA
Commission # 2076720
Notary Public - California
San Bernardino County
My Comm. Expires Aug 2, 2018

## REQUEST FOR FULL CONVEYANCE
To be used only when note has been paid.

To _____, Trustee  Dated _____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

MAIL CONVEYANCE TO:

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures.
Both must be delivered to the Trustee for cancellation before reconveyance will be made.

CR-5 (04/04)                    SHORT FORM DEED OF TRUST