UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Jaycob Tyler Kutzera, PLAINTIFF(S)

v.

DEFENDANT(S).

CASE NUMBER
ED17-0323
CR-17-48-GF-BMM

AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: _US District Court_
in the _____ District of _Montana, Great Falls_ on _6/28/2017_
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _4/2, 4/8, 4/11, 7/10, 7/11, 7/12, 10/1/2016_
in violation of Title _18 USC 2251(a)_ U.S.C., Section(s) _Sexual Exploitation of a Child_
to wit: _____

A warrant for defendant's arrest was issued by: _US District Court, Dist. of Montana, Great Falls Division_

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _6/30/2017_, by

_____, Deputy Clerk.

_____  
Signature of Agent

_Dayna Roelfs_  
Print Name of Agent

_Homeland Security Investigations_  
Agency

_Special Agent_  
Title

CR-52 (05/98)   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

FILED
2017 JUN 30 PM 12:14
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
RIVERSIDE
BY ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER<br>ED17-0323M<br>CR-17-48-GF-BMM |
|---|---|
| JAYCOB TYLER KUTZERA   DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/30/2017 ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 2251(a) - Sexual Exploitation of Child

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: ___

7. Year of Birth: 1993

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: Pamela Pozo

10. Remarks (if any): ___

11. Name: Jonathan Kutz (please print)

12. Office Phone Number: 909 386 3264

13. Agency: HSI

14. Signature: ___

15. Date: 6/30/2017

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Eastern Division | |
|---|---|---|
| Plaintiff, | | |
| vs. | Case Number: 5:17-MJ-00323 | Out of District Affidavit |
| | Initial App. Date: 06/30/2017 | Custody |
| Jaycob Tyler Kutzera | Initial App. Time: 2:00 PM | |
| | | |
| Defendant. | Date Filed: 06/30/2017 | |
| | Violation: 18 USC Section 2251(a) | |
| | CourtSmart/ Reporter: RS#4 | |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Sheri Pym | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**

| Vazquez, Irene | Bilal Essayli | None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☑ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☑ Attorney: Robert E. Scott, Panel ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
  ☐ Special appearance by: _____
☑ Government's request for detention is: ☐ GRANTED ☑ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☑ BAIL FIXED AT $ 100,000, _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
  District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☑ Defendant executed Waiver of Rights. ☑ Process received.
☑ Court ORDERS defendant Held to Answer to _____ District of Montana, Great Falls Div.
  ☑ Bond to transfer, if bail is posted. Defendant to report on or before 7-24-2017 by noon.
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☑ RELEASE ORDER NO: 34921
☐ Other: _____

☑ PSA ☐ USPO   ☑ FINANCIAL   ☑ READY
Deputy Clerk Initials IV
: 35

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: | FILED JUN 30 2017 CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION BY DEPUTY |
|---|---|---|
| PLAINTIFF v. Smcvb Krszera DEFENDANT. | ED17-0323M | **WAIVER OF RIGHTS (OUT OF DISTRICT CASES)** |

I understand that charges are pending in the _____ District of __Montana__
alleging violation of __18 USC 2251(a)__ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) arrival of process;

-*Check one only*-

☒ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☒ have an identity hearing
☒ arrival of process
☐ have a preliminary hearing
☒ have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐ have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant

_____
Defense Counsel

Date: __6/30/17__

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____     _____
                          Interpreter(if required)

M-14 (09/09)  WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. Jaycob Kvtzero DEFENDANT/MATERIAL WITNESS, | CASE NUMBER ED17-0323M AFFIDAVIT OF THIRD-PARTY CUSTODIAN |
|---|---|

FILED JUN 30 2017
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

Having been ordered by the Court on 6/30/17 to take third-party custody of Jaycob Kvcare, I, Joseph Vergilio agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_____
Signature of Third-Party Custodian (Person or Organization)

Step Prather
Relationship to Defendant/Material Witness

_____
Address (only if the above is an organization)

_____
City and State only

760 912-1353
Telephone Number

Date: 6-30-2017

AFFIDAVIT OF THIRD-PARTY CUSTODIAN
CR-31 (03/15)

FILED
CLERK, U.S. DISTRICT COURT

JUN 30 2017

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. Joyce Kuzger DEFENDANT/MATERIAL WITNESS, | CASE NUMBER 2017-0323M AFFIDAVIT OF THIRD-PARTY CUSTODIAN |
|---|---|

Having been ordered by the Court on __6/30/17__ to take third-party custody of __Joyce Kuzger__, I, __Susan Vergilio__ agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_Susan Vergilio_
Signature of Third-Party Custodian (Person or Organization)

_mother_
Relationship to Defendant/Material Witness

Address (only if the above is an organization)

City and State only

__760-885-2129__
Telephone Number

Date: __6-30-17__

SANDRA R. BROWN
Acting United States Attorney
JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch
BILAL A. ESSAYLI (Cal. Bar No. 273441)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6246
    Facsimile: (951) 276-6202
    Email:    bilal.essayli@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| JAYCOB TYLER KUTZERA, | |
| Defendant. | |

    Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

    1.  Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

        a.  present offense committed while defendant was on release pending (felony trial), (sentencing), (appeal), or on (probation) (parole); or ____

        b.  defendant is an alien not lawfully admitted for permanent residence; and

1

```
             ___  c. defendant may flee; or
             ___  d. pose a danger to another or the community.
         ✓   2. Pretrial Detention Requested (§ 3142(e)) because no
                 condition or combination of conditions will reasonably
                 assure:
             ✓   a. the appearance of the defendant as required;
             ✗   b. safety of any other person and the community.
             3. Detention Requested Pending Supervised Release/Probation
                Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18
                U.S.C. § 3143(a)):
             ___ a. defendant cannot establish by clear and convincing
                    evidence that he/she will not pose a danger to any
                    other person or to the community;
             ___ b. defendant cannot establish by clear and convincing
                    evidence that he/she will not flee.
         ✗   4. Presumptions Applicable to Pretrial Detention (18 U.S.C.
                § 3142(e)):
             ___ a. Title 21 or Maritime Drug Law Enforcement Act
                    ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with
                    10-year or greater maximum penalty (presumption of
                    danger to community and flight risk);
             ___ b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or
                    2332b(g)(5)(B) with 10-year or greater maximum
                    penalty (presumption of danger to community and
                    flight risk);
             ✓   c. offense involving a minor victim under 18 U.S.C. §§
                    1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,
                    2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),
```

2

|   |   |
|---|---|
| 1 | 2260, 2421, 2422, 2423 or 2425 (presumption of |
| 2 | danger to community and flight risk); |
| 3 | ____ d. defendant currently charged with an offense |
| 4 | described in paragraph 5a - 5e below, AND defendant |
| 5 | was previously convicted of an offense described in |
| 6 | paragraph 5a - 5e below (whether Federal or |
| 7 | State/local), AND that previous offense was |
| 8 | committed while defendant was on release pending |
| 9 | trial, AND the current offense was committed within |
| 10 | five years of conviction or release from prison on |
| 11 | the above-described previous conviction (presumption |
| 12 | of danger to community). |
| 13 | ✓ 5. Government Is Entitled to Detention Hearing Under § |
| 14 | 3142(f) If the Case Involves: |
| 15 | ____ a. a crime of violence (as defined in 18 U.S.C. § |
| 16 | 3156(a)(4)) or Federal crime of terrorism (as |
| 17 | defined in 18 U.S.C. § 2332b(g)(5)(B)) for which |
| 18 | maximum sentence is 10 years' imprisonment or more; |
| 19 | ____ b. an offense for which maximum sentence is life |
| 20 | imprisonment or death; |
| 21 | ____ c. Title 21 or MDLEA offense for which maximum sentence |
| 22 | is 10 years' imprisonment or more; |

3

|     |     |                                                                                                                                                                                                                                                                                |
| --- | --- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | \_\_\_\_\_ | d. any felony if defendant has two or more convictions |
| 2   |     | for a crime set forth in a-c above or for an offense |
| 3   |     | under state or local law that would qualify under a, |
| 4   |     | b, or c if federal jurisdiction were present, or a |
| 5   |     | combination or such offenses; |
| 6   | \_\_\_\_\_ | e. any felony not otherwise a crime of violence that |
| 7   |     | involves a minor victim or the possession or use of |
| 8   |     | a firearm or destructive device (as defined in 18 |
| 9   |     | U.S.C. § 921), or any other dangerous weapon, or |
| 10  |     | involves a failure to register under 18 U.S.C. § |
| 11  |     | 2250; |
| 12  | X   | f. serious risk defendant will flee; |
| 13  | \_\_\_\_\_ | g. serious risk defendant will (obstruct or attempt to |
| 14  |     | obstruct justice) or (threaten, injure, or |
| 15  |     | intimidate prospective witness or juror, or attempt |
| 16  |     | to do so). |
| 17  | \_\_\_\_\_ | 6. Government requests continuance of \_\_\_\_\_ days for |
| 18  |     | detention hearing under § 3142(f) and based upon the |
| 19  |     | following reason(s): |

20 _____
21 _____
22 _____
23 _____
24 //
25 //
26 //
27 //
-- //

1 | _____ 7. Good cause for continuance in excess of three days exists
2 | in that:
3 | _____
4 | _____
5 | _____
6 | _____

Dated: June 29, 2017                Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

/s/

BILAL A. ESSAYLI
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

*United States Pretrial Services*

United States District Court
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
6/30/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: AD DEPUTY

George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

June 30, 2017

United States District Court
3470 12th Street
Riverside, California

**Re: Release Order Authorization**
**Defendant: Kutzera, Jaycob**
**Docket #: 5:17M323**

To Whom It May Concern:

On June 30, 2017, the defendant's bond was set by the Honorable Sheri Pym. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in an electronic monitoring program.

Please be advised that the defendant has been found acceptable for placement in an electronic monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Brenda Barrientos *BB*
Sr. Pretrial Services Officer
951-328-4483

FILED
CLERK, U.S. DISTRICT COURT

JUN 30 2017

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Spycol Kuszean DEFENDANT. | CASE NUMBER: 2017-0323m<br><br>DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
|---|---|

I, Spycol Kuszea , declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☑ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of June , 20 17
at Riverside , CA
*(City and State)*

*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____ , am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____

*Interpreter*

CR-37 (05/15)                   DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS