EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, Montana 59401
vann_arvanetes@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
    Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-17-48-GF-BMM |
|---|---|
| Plaintiff, | NOTICE OF DEFENDANT'S DISCOVERY REQUEST |
| vs. | |
| JAYCOB TYLER KUTZERA, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Defendant, Jaycob Tyler Kutzera, by and through his Counsel Evangelo Arvanetes, Assistant Federal Defender, and the Federal Defenders of Montana, delivered a formal discovery request in letter format dated July 25, 2017, to the Government in the above-entitled matter.

RESPECTFULLY SUBMITTED this 26th day of July, 2017.

                    /s/ Evangelo Arvanetes

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on July 26, 2017, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. CYNDEE L. PETERSON
   Assistant United States Attorney
   United States Attorney's Office
   　　Counsel for the United States of America

3. JAYCOB TYLER KUTZERA
   　　Defendant

/s/ Evangelo Arvanetes