EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, Montana 59401
vann_arvanetes@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
     Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAYCOB TYLER KUTZERA, <br><br> Defendant. | Case No. CR-17-48-GF-BMM <br><br> **DEFENDANT'S NOTICE OF RECEIPT OF DISCOVERY AND RESPONSE TO REQUEST FOR RECIPROCAL DISCOVERY** |

     NOTICE IS HEREBY GIVEN that Defendant Jaycob Tyler Kutzera, by and through his Counsel, Evangelo Arvanetes, Assistant Federal Defender, and the Federal Defenders of Montana, received discovery bate stamped by the Government with numbers 0001 to 344 and three (3) file folders with audio/video recordings.

     In response to Government's request for Reciprocal Discovery the defense

states:

    a.    At the present time, Defense Counsel does not have any results or reports of any physical or mental examination, or of scientific tests and experiments.

    b.    Defendant has requested disclosure of expert witnesses and summaries under Rule 16(a)(1)(E). Upon compliance by the Government, the Defendant will provide a summary, as required by Rule 16(b)(1)(C), for any and all expert witnesses the Defendant intends to use at trial. [The Defendant has no expert witnesses at this time.]

    c.    Defense Counsel shall notify the Government if and when Defense Counsel obtains discoverable evidence or material.

RESPECTFULLY SUBMITTED this 1st day of August, 2017.

                                      /s/ Evangelo Arvanetes

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on August 1, 2017, a copy of the foregoing document was served on the following persons by the following means:

__1, 2__  CM-ECF
_____  Hand Delivery
__3__  Mail
_____  Overnight Delivery Service
_____  Fax
_____  E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. CYNDEE L. PETERSON
   Assistant United States Attorney
   United States Attorney's Office
       Counsel for the United States of America

3. JAYCOB TYLER KUTZERA
       Defendant

/s/ Evangelo Arvanetes