# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-17-48-GF-BMM** |
| Plaintiff, | |
| vs. | **ORDER** |
| JAYCOB TYLER KUTZERA, | |
| Defendant. | |

Jaycob Tyler Kutzera, Defendant in the above-entitled action, having filed a Motion to Postpone the Trial and to Extend all Deadlines, there being no objection from the Government and good cause appearing:

IT IS HEREBY ORDERED that because the ends of justice will be served and outweigh the best interest of the public and the Defendant in a speedy trial, the trial shall be and is postponed and all deadlines shall be and are hereby adjusted as follows:

Trial                                        - _____

Discovery deadline                   - _____

Motions deadline                      - _____

Motions Response deadline       - _____

Plea Agreement and Offer of Proof   -  _____

Jury Instructions and Trial Brief      -  _____

In all other respects the Court's Order of July 27, 2017, (doc. 13) shall remain

in full force and effect.

DATED this _____ day of September, 2017.


_____
BRIAN M. MORRIS
UNITED STATES DISTRICT JUDGE