# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-17-48-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| JAYCOB TYLER KUTZERA, | |
| Defendant. | |

Jaycob Tyler Kutzera, Defendant in the above-entitled action, having filed a Motion to Postpone the Trial and to Extend all Deadlines, there being no objection from the Government and good cause appearing:

IT IS HEREBY ORDERED that because the ends of justice will be served and outweigh the best interest of the public and the Defendant in a speedy trial, the trial shall be and is postponed and all deadlines shall be and are hereby adjusted as follows:

Trial - _____

Discovery deadline - _____

Motions deadline - _____

Motions Response deadline - _____

Plea Agreement and Offer of Proof   - _____

Jury Instructions and Trial Brief   - _____

In all other respects the Court's Order of July 27, 2017, (doc. 13) shall remain in full force and effect.

DATED this \_\_\_\_\_ day of _____, 2017.

_____
BRIAN M. MORRIS
UNITED STATES DISTRICT JUDGE