EXHIBIT A

**Detective Jim Woog**

Intermountain West Regional Computer Forensics Laboratory
2929 3rd Ave North
Suite 400
Billings, MT 59101
Phone (406) 254-8112

## Education

Normandale Community College, Bloomington, MN
Associate degree Liberal Arts
Saint Cloud State University, Saint Cloud, MN
B. A. Criminal Justice May 1993
Alexandria Community College, Alexandria, MN
Police Academy August 1993

## Professional Experience

**Billings Police Department, Billings, Montana**

Hired March 28th 1994 –Present

1994-1996 Night Shift Patrol
1997 Afternoon Shift Patrol
1998 Day Shift Patrol
1999 Night Shift Patrol
2000-2004 Afternoon Shift Patrol
2005-2006 Detective Division
2006- Present assigned to IWRCFL as a Forensic Computer Examiner

## Professional Training

Spanish Police Phrases, August 13, 2009
Detective New Criminal Investigator, October 2008
National Incident Management Systems IS-700, ICS-100 and ICS-200, April 2008
Interview / Interrogation, May 2008
Blood Stain Pattern Interpretation, February 2008
Active Shooter, May 2005

Gambling Investigations, November 2004
Emotional Survival for Law Enforcement, July 2004
Front Line Leadership, November 2003
Patrol Vehicle Operation, December 2003
Glock Armorer, March 2002
Integrity Leadership training, February 2002
Crisis Negotiation for the First Responder, 2001
Basic Police Motorcycle Courses, 2001
Advanced Certificate (Montana P.O.S.T.), 2000
Advanced Field Training Officer School, 2000
Primary Instructor Certificate, 1999
Instructor Development, 1999
Intermediate Certificate (Montana P.O.S.T.), 1998
Field Training Officer Basic, 1998
Firearms Instructor, 1998-May 2012
Survival Skills, 1997
Officer use of Force and Vehicle Operations, 1996
Mobile Video Training, 1996
Street Survival Course, 1995
Basic Certificate (Montana P.O.S.T.), 1995
Pursuit Driving Policies and Considerations, 1994
Community Policing, 1994

## Computer Training

- A+ Core Hardware\Operating Systems, January 2007 (Total Seminars, Inc)
- Basic Data Recovery and Acquisition, March 2007 (National white Collar Crime Center)
- Access Data Boot Camp, April 2007 (Access Data Corporation)
- Basic Wintel Certification Training Practical's, May 2007 (FBI)
- Net+, June 2007 (Total Seminars)
- Access Data Internet Forensics, January 2008 (Access Data Corporation)
- Access Data Vista Forensics, February 2008 (Access Data Corporation)
- Access Data Windows Forensics, March 2008 (Access Data Corporation)
- CD/DVD Forensics, February 2009
- PDA/Cell Phone Forensics, March 2009
- Digital Camera Forensics, April 2010
- Windows Special Topics Forensics Course, May 2010
- AD Advanced Lab, December 6-8 2011
- GPS Exams for Forensic Examiners Self-Paced, March 2012

- iOS devices for Forensic Examiners (iPex & iPhaT) Self-Paced, April 2012
- Timeline Self-Paced training, October 2012
- XWays Forensics February 2013
- GPS/Cell Phone training September 10, 2013
- Self Paced XWays training January 24, 2014
- AD Lab for MAC January 1, 2015
- Oxygen Forensic Detective Training September 15 2016
- Cellular Telephone Record Analysis  October 17-18 2016

## Certifications

- A+ Core Hardware (CompTIA) 2007
- A+ Operating Systems (CompTIA) 2007
- Network+ (CompTIA) 2007
- Forensic Computer Examiner (FBI/CART) 2007
- PDA/Cell Phone Examiner (FBI/CART) 2009
- GPS (FBI/CART) December 2011
- iOS Devices (iPhone, iPod, iPad) using iPhAT and IPEX (FBI/CART) April 2012
- X-Ways Forensics Software, February 2013


## Other Experience

- Firearms Instructor 1999- 2012
- Motor Officer 2001-2004
- Field Training Officer 1998-2004
- Vehicle Stop Instructor
- Glock Armorer 1997- 2012
- Board Member Billings Police Protective Association 2004-2006
- Shop Steward Billings Police Union 2004-2006