# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-17-48-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| JAYCOB TYLER KUTZERA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the undersigned will conduct a hearing on Plaintiff's Motion in Limine, (Doc. 23) in **Wednesday, December 13, 2017 at 2:30 p.m.** at the Missouri River Federal Courthouse, Great Falls, Montana.

DATED this 27th day of November, 2017.

Brian Morris
United States District Court Judge