EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, Montana 59401
vann_arvanetes@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
      Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-17-48-GF-BMM** |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR DEFENDANT TO APPEAR VIA VIDEO** |
| JAYCOB TYLER KUTZERA, | |
| Defendant. | |

COMES NOW, Defendant Jaycob Tyler Kutzera, by and through his Counsel Evangelo Arvanetes, Assistant Federal Defender, and the Federal Defenders of Montana, and respectfully moves the Court for an order allowing him, Jaycob Tyler Kutzera to testify via video at the Motion Hearing scheduled for Wednesday, December 13, 2017, at 2:30 p.m., in Great Falls, Montana.

Mr. Kutzera is currently monitored by United States Probation on pre-trial

release from California.

Mr. Kutzera has requested from the undersigned after the time the hearing was set that it would be financially difficult for him to come to Great Falls, Montana, for the motion hearing.

The undersigned requested the position of Assistant United States Attorney Cyndee Peterson for her position, and she has informed the undersigned that she has no objection to allow Mr. Kutzera to appear by video for the motion hearing.

Mr. Kutzera has notified the undersigned that the nearest federal courthouse is in Riverside, California.  The address is as follows: United States District Court, 2470 12th Street, Riverside, California. Phone number is: 951.328.4450,

The undersigned and his defense team will coordinate with court personnel to ensure a proper video connection exists.

RESPECTFULLY SUBMITTED this 8th day of December, 2017.


/s/ Evangelo Arvanetes

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on December 8, 2017, a copy of the foregoing document

was served on the following persons by the following means:

<u>1, 2</u>  CM-ECF
<u>    </u>  Hand Delivery
<u>  3 </u>  Mail
<u>    </u>  Overnight Delivery Service
<u>    </u>  Fax
<u>    </u>  E-Mail

1.    CLERK, UNITED STATES DISTRICT COURT

2.    CYNDEE L. PETERSON
       Assistant United States Attorney
       United States Attorney's Office
           Counsel for the United States of America

3.    JAYCOB TYLER KUTZERA
          Defendant

/s/ Evangelo Arvanetes