# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>Defendant. | Case No. CR-17-48-GF-BMM<br><br>**ORDER** |

Upon Motion of the Defendant,

IT IS HEREBY ORDERED that the Defendant, Jaycob Tyler Kutzera, may testify via video during the Motion Hearing on Wednesday, December 13, 2017, at 2:30 p.m.

DATED this _____ day of December, 2017.

_____
BRIAN M. MORRIS
UNITED STATES DISTRICT JUDGE

1