# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAYCOB TYLER KUTZERA, Defendant. | Case No. CR-17-48-GF-BMM **ORDER** |

Upon Motion of the Defendant,

IT IS HEREBY ORDERED that the Defendant, Jaycob Tyler Kutzera, may appear via video during the Motion Hearing on Wednesday, December 13, 2017, at 2:30 p.m. The Defendant is to make the arraignments with the Court's IT Department.

DATED this 11th day of December, 2017.

Brian Morris
United States District Court Judge

1