# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>Defendant. | Case No. CR-17-48-GF-BMM<br><br>**ORDER** |

The Defendant having filed an Unopposed Motion for Defendant to Appear Telephonically, there being no objection from the Government;

**IT IS HEREBY ORDERED** that the Defendant, Jaycob Tyler Kutzera, may appear telephonically during the Motion Hearing on Wednesday, December 13, 2017, at 2:30 p.m. The Defendant will contact the Court to obtain the phone number to call in to for the hearing.

DATED this 12th day of December, 2017.

_____
Brian Morris
United States District Court Judge

1