IN THE UNITED STATES DISTRICT COURT **RECEIVED**
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

**2017 JUN 29  A 8 47**

**US MARSHALS SERVICE
MISSOULA, MT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>                                    Defendant. | CR 17-48-GF-BMM<br><br>**WARRANT FOR ARREST** |

TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

        YOU ARE HEREBY COMMANDED to arrest JAYCOB TYLER KUTZERA and take
the arrested person without unnecessary delay before the nearest federal magistrate judge to
answer the Indictment charging him with Sexual Exploitation of a Child in violation of Title 18
United States Code, Section 2251(a) and Forfeiture in violation of Title 18 United States Code,
Section 2253(a).

Assigned to: AUSA Cyndee L. Peterson

*Nicole Stephens*
Nicole Stephens, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE JEREMIAH C. LYNCH
Missoula, Montana

Date of Issue: 28th day of June, 2017

| *RETURN* | |
|---|---|
| **DATE RECEIVED:** 06-29-2017          LOCATION: MISSOULA, MT | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | |
| **DATE OF ARREST:** 06-30-2017 | *Darrell Bell*<br>**UNITED STATES MARSHAL** |
| **LOCATION:** CA | |
| **BY:** _(KASUSKE)_  **Deputy U.S. Marshal** | |

10352316