# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## TRANSCRIPT DESIGNATION AND ORDERING FORM (Revised July 28, 2008)

**1. U.S. Court of Appeals Case No.:**

**2. U.S. District Court Case No.:** CR-17-48-GF-BMM

**3. Short Case Title:** United States v. Kutzera

**4. ☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.**

| | | |
|---|---|---|
| **5. NAME** (Ordering Party) Federal Defenders of Montana | **6. TELEPHONE** (406) 727-5328 | **7. DATE** 12/21/17 |

| | | | |
|---|---|---|---|
| **8. MAILING AND/OR E-MAIL ADDRESS(ES)** anne_payne@fd.org | **9. CITY** Great Falls | **10. STATE** MT | **11. ZIP CODE** 59401 |

**12. ORDER FOR**   ☐ PLAINTIFF NAME: _____   ☐ DEFENDANT NAME: _____
☐ APPEAL   ☑ NON-APPEAL   ☐ CIVIL   ☐ CRIMINAL   ☐ BANKRUPTCY

**13. TRANSCRIPT REQUESTED**   (Specify portion(s) and date(s) of proceedings(s) for which transcript is requested.)

| PORTION(S) | DATE(S) | COURT REPORTER | PORTION(S) | DATE(S) | COURT REPORTER |
|---|---|---|---|---|---|
| ☐ CHANGE OF PLEA | | | ☐ CLOSING ARGUMENT (Plaintiff) | | |
| ☐ PRE-TRIAL PROCEEDING (Specify) | | | ☐ CLOSING ARGUMENT (Defendant) | | |
| ☐ VOIR DIRE | | | ☐ SETTLEMENT INSTRUCTIONS | | |
| ☐ OPENING STATEMENT (Plaintiff) | | | ☐ INSTRUCTIONS TO JURY | | |
| ☐ OPENING STATEMENT (Defendant) | | | ☐ SENTENCING | | |
| ☐ TESTIMONY (Specify Witness) | | | ☐ OTHER (Specify) Motion Hearing | 12/13/17 | Y. Heinze |

| 14. CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | PAPER | ELECTRONIC | SPECIFY |
| **ORDINARY:** To be delivered within 30 days after receipt of this order. | $3.65 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☑ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| **14-day Transcript:** To be delivered within 14 days after receipt of this order. | $4.25 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| **EXPEDITED:** To be delivered within 7 days after receipt of this order. | $4.85 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| **DAILY:** Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| **HOURLY:** to be delivered within 2 hours of proceeding. | $7.25 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| **REAL-TIME:** Unedited rough draft. Not to be used for citation. Provided during or immediately after proceeding. | $3.05 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |

**15. CERTIFICATE OF MAILING and DISTRIBUTION AND PAYMENT:**
E-file this form with the Clerk's Office and mail to the court reporter and to opposing counsel if they are not electronic filers.
If payment is authorized under CJA, do not e-file the CJA-24 form.  Mail it to the Court Reporter.
Financial arrangements must be made with the court reporter before transcript is prepared.

I certify that this form has been mailed to the Court Reporter this date: 12/21/17   **Attorney Signature** /s/Evangelo Arvanetes

**16. Date order received by court reporter:**   **Expected transcript completion date:**