# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>Defendant. | Case No. CR-17-48-GF-BMM<br><br><br>**ORDER** |

Defendant **Jaycob Tyler Kutzera,** having filed an Unopposed Motion for Extension of Time to File the Pretrial Motions;

IT IS ORDERED that the Defendant **Jaycob Tyler Kutzera,** is hereby granted an extension of time until Thursday, February 8, 2018, in which to file the *pretrial motions* in this matter;

IT IS FURTHER HEREBY ORDERED that the Government's Response to Pretrial Motions are due _____, _____, 2018.

DATED this _____ day of February, 2018.


_____
BRIAN M. MORRIS
UNITED STATES DISTRICT JUDGE

1