# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>Defendant. | Case No. CR-17-48-GF-BMM<br><br><br>ORDER |

Defendant **Jaycob Tyler Kutzera,** having filed an Unopposed Motion for Extension of Time to File the Pretrial Motions;

IT IS ORDERED that the Defendant **Jaycob Tyler Kutzera,** is hereby granted an extension of time until Thursday, February 8, 2018, in which to file the *pretrial motions* in this matter;

IT IS FURTHER HEREBY ORDERED that the Government's Response to Pretrial Motions are due in compliance with the Local Rules.

DATED this 6th day of February, 2018.

Brian Morris
United States District Court Judge

1