

# VITAE

*Bowman Smelko, Psy.D, ABPP*
*Licensed Psychologist*
*Board Certified in Forensic Psychology*

25 S. Ewing St. Suite 416
Helena, MT 59601
Cell: (406) 461-1744
Office (406) 282-1744
Fax (406) 502-1197
bowmansmelko@gmail.com
capitalcityconsultants@gmail.com
Web: capitalcityconsultantsonline.com

**Licensure Status**:

State of Colorado Psychologist License # PSY – 2788
State of Montana Psychologist License # PSY- 394

**Additional Credentials**

Member of the American Board of Forensic Psychology
Member of the American Academy of Forensic Psychology
Montana Sex Offender Treatment Association – Full Clinical Member
Dialectical Behavioral Therapy Intensively Trained

1 | P a g e

Exhibit "A"

National Register of Health Care Psychologists
American Psychological Association Member
American Psychological – Law Society (Division 41)
Association for the Treatment of Sexual Abusers Member
Child and Family Investigator (CFI) Trained
Court Appointed Special Advocate (CASA) Trained
National Child Advocacy Center Trained Forensic Interviewer
Neurobiofeedback intensively trained

## CURRENT EMPLOYMENT

### Private Practice

### Capital City Consultants, P.C.
**Helena, MT**
**April 2010- Current**
Duties:  I am the CEO and founder of a private practice that provides comprehensive mental health services to counties throughout Montana and the greater Northwestern Region.  Among other services, Forensic Evaluations for adult and adolescent populations are provided to referring parties such as the courts, attorneys, and treatment providers.  Evaluations provided range from Psychosexual Risk Assessments, Competency (Fitness to Proceed), Mental State at the time of the crime (Mental Disease and Defect), Violent Predator Assessments, Stalking Assessment, Threat Assessments, Death Penalty Mitigation and Clemency, Psychological, Abel, Affinity, Parental Assessments (DN), Custody evaluations, Disability, Neuropsychological, Guardianship, Miranda Rights/Search and Seizure, and Police Officer Psychological evaluations and Fitness for Duty Evaluations.  I also provide consultation/evaluation services regarding sex offense specific evaluations, involuntary commitment, reality impairment, Eye Witness Testimony Issues, Civil Issues regarding Mental Damages, Child Sexual Abuse/Abuse allegations, Forensic Interviewing of Children, Battered Wife Syndrome, Suicide Prevention, Bullying, and Developmental Disability issues, and Conduct, Trauma and Social/Emotional assessments for young children (1-7).  Capital City Consultants provides a wide array of psychological services and a comprehensive list of those services can be provided upon request.

### Carroll College
**Adjunct Professor of Psychology**

January 2012-Current

Duties:  I currently teach Law, Justice and Forensic Psychology to Carroll College students.  I have also taught Child Development at Carroll College.

**PAST EMPLOYMENT**

**A.W.A.R.E INC**

**Forensic and Clinical Consultant**

Helena, MT

August 10, 2012 – Current

Duties:  I provided consultation to the A.W.A.R.E staff on an as needed basis regarding forensic and clinical issues.  Consultation was provided via review of cases, discussion, and through forensic, psychological, and clinical neuropsychological evaluation.

**Intermountain**

**Clinical Director of Outpatient Services**
Helena, MT
Dates: April 12, 2010 – August 10, 2012
 Duties:   I performed supervision, training, management, and ensured clinical integrity, monitored outcomes across all community based services and provided direct communication to the Senior Leadership Team with regards to community clinical functioning.  This position has broad based clinical authority over the service areas and employees which were employed under School Based Services, Adoption and Family Services, Helena Outpatient Therapy, and Day Treatment.  This position has matrix clinical Influence regarding Psychiatric services as they are applied in the community.   The Clinical Director of Outpatient Services oversees the clinical, marketing, and training aspects and assures outpatient services are being conducted in an ethical manner that is within the scope of licensure, and assures that treatment adheres to Intermountain's standards and philosophy. This position develops and implements best practice treatment and assessment for various clinical populations served in community. This includes but is not limited to education, supervision and training of staff, family and community resources.  In addition the position will ensure the coordination, maintenance, and tracking of outcomes of each patient. Attended team, community, and administrative meetings as needed. Benchmarking with other programs, leading community based internships, and staying abreast of national trends.  This position also had discretion over all clinical hiring, firing, and patient admission and discharge across community programming.  In addition to aforementioned duties this position works collaboratively on all matters with the Director of Outpatient Operations to include but not limited to Fiscal matters. Clinical duties include supervision of a comprehensive DBT program, Sexual Offender Treatment, Neurobiofeedback, Psychological, Forensic, and clinical neuropsychological Evaluations.

**The Colorado Mental Health Institute at Pueblo**
**Sexual Treatment and Evaluation Program**
Pueblo, Colorado
Dates:  June 25th, 2008- April 1, 2010
 Duties:  I was the Director of the Sexual Treatment and Evaluation Program for all 3

divisions (IFP, GAAPS, FCBS) for the Colorado Mental Health Institute.  I supervised 2 psychologists and 1 social worker with their therapeutic and assessment practices with individuals who have been convicted or found Not Guilty by Reason of Insanity, or had a deviant sexual history yet had not formally been charged with an offense.  In addition, I facilitated group with individuals whom had been treated for their sexual offenses and are attending aftercare services, community reintegration, and Minimal Arousal Reconditioning.  Other services included attending state wide SOMB meetings, completing psychosexual and violence risk assessments every month, court testimony (deemed expert witness on multiple occasions in multiple Colorado counties), assessing danger to self and others, reality testing and personality functioning (Rorschach) for sanity and competency evaluations, completion of competency to stand trial evaluations and restoration evaluations (Adult and Juvenile), Administration and interpretation of VRT measures and PPG's, coordinating polygraph examinations, and individual therapy. Program development and all administrative functions including management of program budget.  I also served the role of internship supervisor, which included the recruitment, and retention of doctoral level interns.

**Private Practice**
**Steel City Consultants, Inc.**
**Pueblo, Colorado**
**October 2004- April 1, 2010**
Duties:  I was the CEO and founder of a private practice that provides comprehensive mental health services to Pueblo and surrounding counties.  Among other services, sex offense specific evaluations for adult and adolescent populations are provided to referring parties such as the courts, attorneys, and treatment providers.  Evaluations provided ranged from Psychosexual Risk Assessments, Violent Predator Assessments, PPG, Abel, Affinity, and Parental Risk Assessments, and Custody evaluations.  I provided consultation services for the other members of the practice regarding reality impairment and developmental disability issues, and conduct trauma and social/ emotional assessments for young children (1-7).  I led an adult treatment group of sex offenders.  Steel City Consultants provides a wide array of psychological services and a comprehensive list of those services can be provided upon request.

**Department of Youth Corrections/CMHIP**
**Sol Vista Youth Service Center**
**Pueblo, Colorado**
**July 1st, 2006 – June 24th, 2008**
Duties: I was the Clinical Director of a secure and highly specialized 20-bed mental health treatment facility for juveniles with severe mental health needs committed to the Colorado Division of Youth Corrections for violent offenses, including family problems, physical and sexual abuse, substance abuse, depression, mental health issues, and violent behaviors. This facility is a multi-agency partnership between the Colorado Division of Youth Corrections (DYC) and the Colorado Mental Health Institutes (CMHIs).   The goal of this partnership was to develop a continuum of highly specialized research-based strategies to achieve measurable outcomes, while promoting individual accountability

and assuring public safety.  My individual duties included yet were not limited to: Creating and upholding a comprehensive data base regarding day by day progress of each resident, Implementing and maintaining a comprehensive DBT based program to include offense specific and substance abuse programming. Implementing and maintaining a comprehensive Contingency Management System.  Providing a minimum of 1 hour of supervision/training per week to each clinical staff member at Sol Vista DYC, Leading a weekly 2-hour DBT Consultation Group, Providing quarterly trainings and or in-services, reviewing pre and post risk assessment and psychological testing, conducting annual QA's on each clinicians (assessment, individual treatment, family treatment, group treatment).  Ensuring adherence to the treatment model is followed.  Attend team and administrative meetings. Provide community and family contact as needed.  Attend a minimum of 30 hours of (SOMB, DBT, MI, ect..) training annually and benchmark with other DBT programs and communicate with other DYC facilities regarding clinical issues.  I directly supervised all clinicians (1 psychologist, 1 pre-doctoral level intern, 3 licensed master level therapists, and 4 bachelor level clinicians) and oversee all clinical activities in the facility including bed management.

**The Colorado Mental Health Institute at Pueblo**
**Forensic Division**
Pueblo, Colorado
Dates:  August 2$^{nd,}$ 2004- June 30th, 2006
Duties:  My primary function was working at the sexual treatment program in The Forensic Division of the Colorado Mental Health Institute.  I was the lead therapist of 3 groups of patients that were convicted of a sexual offense, found Not Guilty by Reason of Insanity, or had a deviant sexual history yet had not formally been charged with an offense.  All three of the groups were with a special needs population of sex offenders (Geriatric, Developmentally Disabled, ect.).  In addition, I often ran a group with individuals whom had been treated for their sexual offenses and were attending aftercare services.  Other services included up to 5 psychosexual and violence risk assessments per month, court testimony, assessing danger to self and others, reality testing and personality functioning (Rorschach) for sanity and competency evaluations, Administration and interpretation of ABLE screens and PPG's, coordinating polygraph examinations, and individual therapy.  Program development for the Special Needs population and the foundation for a manual were conducted.  In addition to my responsibilities in the sexual treatment program I was also the consultant for developmental disability services for all of the wards at The Colorado Mental Health Institute for Forensic Psychology. Performing functional analysis, assisting in the development of treatment plans, coordinating services with community treatment facilities, holding weekly staff consultation and education meetings, being part of quarterly communication meetings regarding the placement of individuals with developmental disabilities with the State Board of Developmental Disabilities, and coordinating programming for the Special Needs Population in the Institute, were some of the many functions I served in that role. I also served the role of interim internship director, which included the recruitment, and retention of doctoral level interns.

**Adjunct Faculty:  University of Montana- Western** –
Dillon, Montana
January 2003- 2006
Duties:  I was designated as an online adjunct professor and taught introduction to psychology, sports psychology, and abnormal psychology classes.  Teaching, preparation, test construction and administration were among the tasks completed.

### GRADUATE, PRE-DOCTORAL, AND DOCTORAL CLINICAL EXPERIENCE:

### Post-Doctoral Experience

### The Colorado Boys Ranch
La Junta, Colorado
Dates:  July 7th, 2003 – July 30th 2004
Duties:  The position included working at a residential treatment facility with adolescent males and their families within a multidisciplinary treatment setting.  My personal caseload consisted of 6 clients and an interpersonal based treatment group, yet overseeing the treatment of 80 boys was also required.  I oversaw the cases of 3 of the primary therapists and lead their monthly treatment plan reviews, supervision, and individualized education plans.  Other duties included assessment (neuropsychological, risk, psychological, psychosocial, and psycho educational), supervision, court testimony, treatment planning, milieu education, an advocate and consultant to assist in appropriate school and classroom placement for children and adolescents with emotional, developmental, and behavioral difficulties, and oversaw pre-certification and recertification with insurance companies.  I was also responsible for pre-screening boys for placement at the Colorado Boys Ranch.  Travel to such locations, as Philadelphia and Alaska was required to facilitate relationships and referral sources on the services provided at the ranch.  I was designated as the liaison for the appeals process associated with Social Security Disability hearings.  I was assigned the task of teaching cultural diversity classes and various other in-service trainings as requested.   The populations primarily treated were adolescent males, as well as their families, from the ages of 8-21.  In addition, performing on-call duties participating as an active member of the professional staff meetings and program development were among the many earned responsibilities

### The University of Montana-Western
Dillon, Montana
January 2003
Duties:  I have been designated as an adjunct professor and have taught introduction to psychology, sports psychology, and abnormal psychology classes.  Teaching, preparation, test construction and administration were among the tasks completed

**The University of Utah Neuropsychiatric Institute**
Salt Lake City, Utah
September 3, 2002 – June 14, 2003

Duties: A post-doctoral residency on the inpatient and day treatment child and adolescent units within a multidisciplinary treatment setting. Selective clients were also followed on an outpatient basis. The populations primarily treated were children and adolescents, as well as their families, from the ages of 4-18. Among the many experiences offered at The University of Utah Neuropsychiatric Institute was psychological and neuropsychological assessment, supervising doctoral level practicum students from the University of Utah. Was a consultant to assist in appropriate school and classroom placement for children and adolescents with emotional, developmental, and behavioral difficulties. In addition, triaging patients, performing on-call duties, interviewing prospective pre-doctoral interns, and active participation in staff meetings and program development were among the many earned responsibilities.

**Pre-Doctoral Internship Program in Clinical Psychology**
**The Children's Center**
Salt Lake City, Utah
September 4, 2001 - September 1, 2002
Duties: A pre-doctoral internship in the area of individual and group child, and family, and adult therapy in a multidisciplinary treatment setting. The primary population was children from the ages of 0-7. These children and their families suffered from, but not exclusively, Attachment Disorders, Pervasive Developmental Disorders (i.e. Autism, Aspersers, ect.), Conduct Disorders, ADHD, Depression, Anxiety, and Neuropsychological problems. Among the many experiences offered at The Children's Center were assessment, intakes, treatment planning, individualized education plans, play therapy, and child groups, parent training and experiential groups, adult individual and marital therapy, needs assessment, and community interventions. Working with the court system, GAL's, foster care system, and The Department of Social Services were also additional experiences. In addition, adopting leadership roles such as supervising group leaders were part of the experience.

**Graduate Clinical Experience**
**Forest Institute of Professional Psychology, Springfield, Missouri**
**Laclede County Jail**
Lebanon, Missouri
07/00-10/00
Duties: The Laclede County Jail in Lebanon, Missouri is a medium security setting in which prisoners serve up to 1-year sentences while awaiting further sentencing and possible transfer to the State Penitentiary. While being trained at the jail I assessed suicidal, and homicidal ideations, and reality testing of individuals incarcerated, provided supportive therapy and in some cases directive behaviorally based interventions.

**Lakeland Regional Hospital**
Springfield, Missouri
04/01- 06/01
Duties: Adolescent and child group and individual psychology, family therapy, and grand

rounds were the focuses of the practicum experience at Lakeland Regional Hospital. Lakeland is an inpatient psychiatric facility that serves patients from the mid-western region.

**Forest Family Clinic**
Springfield, Missouri
09/99-06/01
Duties: I provided individual, marital, and family psychotherapy to children, adolescents and adult clientele.  I conducted psychological intake interviews, administered psychological test batteries utilizing various objective, projective, intelligence, and achievement measures and wrote integrative diagnostic evaluations.

**Neuropsychological Clinic at Forest Human Services Center**
Springfield, Missouri
01/00-06/01
Duties: I provided individual therapy and rehabilitation services to patients in need of neuropsychological services. I took part in grand rounds under the guidance of a licensed neuro-psychologist.  I also conducted neuro-psychological intake interviews, administered neuro-psychological test batteries utilizing various neuropsychological testing instruments and wrote integrative diagnostic evaluations

**Sports and Health Enhancement Group**
Springfield, Missouri
01/00-06/01
Duties:  I organized and facilitated the first sports and health enhancement group at Forest Human Service Center.  I facilitated a pilot group utilizing first year students as clients and integrated their feedback to formalize future groups.  Methods that were utilized were psychotherapeutic intervention, relaxation training, neuromuscular biofeedback, hypnosis, psycho-education, specialized intake procedures, and neuropsychological interventions were performed.

**Sports, Health, and Leadership Psychology**
Springfield, Missouri
6/00- 6/01
Duties:  I created, organized, and facilitated the first sports psychology practicum for Forest students and staff in the Springfield community.  A Division-1 college basketball team, local high school football team, wrestling team, and track team, and a Division 1-college golf team were the initial populations worked with in a continually growing program.  Organization and leadership consultations, visualization techniques, group cohesiveness, rehabilitation issues, and a wide variety of enhancement-based issues are explored with individual athletes and university athletic departments alike.

**Student Organization of Pain Management and Practicum**
**Springfield, Missouri**
02/00- 6/01
Duties:   I took part in discussing and acquiring knowledge regarding the field of Pain

Management in clinical psychology.  Issues discussed revolved around the increasing growing field of pain management and its impact of the field of clinical psychology.  In addition, the promotion of pain management to the student body and local community was of great interest to the organization. To fulfill the practicum portion, I shadowed professionals in various pain management related fields such as osteopathy, chiropractics, massage therapy, and the local sleep lab.  I learned the appropriateness of psychological intervention in various fields and what that field may offer to an integrative system for a patient.

**Group Psychology for Gifted Children**
Drury University, Springfield, Missouri
06/00-07/00
Duties:  I counseled "gifted" children (IQ's above 125) at a summer camp on the Drury University campus.  I helped the children explore issues that they have encountered throughout their lives.  The group was enhancement based and proactive in nature.

**Biofeedback Laboratory**
Neuro-psychological Clinic at Forest Institute
11/99- 06/00
Duties:  I helped in the development and organization of the Biofeedback laboratory at Forest Human Service Center.

**Student Organization of Experiential Group Psychotherapy**
Springfield and Branson, Missouri
01/00-08/00
Duties:  I helped plan and form a variety of psychotherapeutic groups.  The groups ranged from support related to psychodynamic in perspective.

**PROGRAM DEVELOPMENT  (In addition to Sol Vista and Intermountain Outpatient) Sports Psychology**
Springfield, MO
09/99- Present
Duties:  I created, organized, and facilitated the first sports psychology practicum and sports psychology group for Forest Institute students and staff, and athletes in the Springfield community.  The program is continually growing and development will occur as required.  The program will also expand to working with parents of child athletes to enhance their interaction in their child's activities.   A  "Start to Finish" Program for beginning sports psychologists was a by-product of the program.

**Lakeland Regional Hospital**
Springfield, Missouri
04/01- 06/01
Duties:  I organized and participated in a new practicum site at Lake Land Regional Hospital.  Play therapy, and grand rounds with psychiatric staff were among some of the highlights of this great experience.

**RELEVANT PROFESSIONAL EXPERIENCE**

**Psychological Services**:
Springfield, Missouri
03/01- 09/01
Duties:  I was approved by the state of Missouri to conduct child therapy services.  This contract allowed me to provide individual and family therapy with children and adolescents.  In addition, I was also permitted to administer, score, and write psychological evaluations for these clients.

**Sharon McGehee and Associates**
Clinical Psychology Private Practice, Springfield, Missouri
05/00- 09/00
Duties:  I worked with oppositional children under the direction of a licensed psychologist.  I helped children work through issues of aggression, shame, and Abandonment that were created through family trauma in a healthy environment.  Test administration and interpretation was also part of the duties performed.

**Undergraduate Internship at Partial Hospitalization Program**
St. Peters Hospital, Helena, Montana
05/97-07/97
Duties:  I worked on an integrated team as an undergraduate intern.  The team consisted of a psychiatrist, clinical psychologist, mental health counselor, nurse practitioner, and a near by inpatient ward staff.  Daily duties included shadowing professionals in group intervention and education, occupational therapy, psychological testing and interpretation, and daily processing of individual and group cases.

**OTHER TEACHING EXPERIENCE AND INVITED LECTURES**

**Teacher's Assistant**: Assessment III – The Rorschach and other projective tests
04/00-07/00
Duties:  I assisted in lecturing and demonstrating related material to a first year graduate class in the area of projective testing.  Test administration and grading were also components of the duties performed.

**Alzheimer's Lecture Series**:
St. John's Hospital, Springfield, Missouri
05/00
Duties:  I was part of a panel of three professionals presenting educational material to other professionals, family members, and patients suffering from Alzheimer's disease.  The panel also accepted questions regarding a wide range of topics.

**Lab Leader**:  Assessment I – Intelligence Testing
09/00-12/00
Duties: Instructed and lectured to a first year graduate lab in the area of intelligence testing.  Test administration, and grading were also components of the duties performed.

**Western Psychological Association and Rocky Mountain Psychological Association**
Albuquerque, New Mexico
03/98
Duties:  I was invited to present my undergraduate Honors Thesis at a regional conference, which featured Albert Bandera.  The title of the research was Managed Care and Stress Management.

**Ozark Area Psychological Association**
Springfield, Missouri
03/01
Duties:  Invited to present Doctoral Dissertation for a local area organization.  The focus of the night was "Graduates in the Spotlight".

**Spotlight on the Child**
Pueblo, Colorado
06/05
Duties:  Co-Keynote Speaker on childhood attachment disorders.

**SOMB: Winter Park Series**
Winter Park, Colorado
06/06
Duties:  Presented on PPG and VRT integration per invitation of the Colorado Sex Offender Management Board.

**DBT Fundamentals**
Pueblo, Colorado
09/06
Duties:  Presented a 4 daylong presentation on DBT philosophy and application for a forensic population for the purpose of training an entire facility.

**PPG and VRT Integration**
Las Animas, Colorado
02/07
Duties:  Presented on PPG and VRT integration per invitation of the San Luis Valley Mental Health Clinicians.

**Supervision, Treatment, and Assessment of Special Needs Offenders using the ACUTE and DBT Skills**
Dallas, Texas
10/09
ATSA- National Conference
Duties:  Presenting on use of DBT skills, which are targeted through risk management tool.

**Being the Consumer of a Psychosexual Risk Assessment**
Pueblo Colorado
2/10
Colorado Bar Association
Duties:  I presented to the Colorado Bar Association on psychosexual risk assessments.

**Evaluation, Treatment and Supervision of Sexually Abusive Youth**
Chico, Montana
05/10
Duties Presented on the typologies of Juveniles who sexually offend, how to evaluate their risk, and best practice treatment at the MSOTA annual conference as the Key Note Speaker.

**Fitness to Proceed and Mental State at the Time of the Crime Evaluations**
Helena, MT
4/11/2011
Duties:  I was part of a panel of experts presenting to the Montana Public Defenders on the topic of the processes and practice of evaluating those suspected to have a mental disease and/or defect which impacts their Fitness to Proceed, Knowledge or Purpose regarding the alleged crime, and/or their ability to appreciate and/or conform their actions to the requirements of the law.

**Introduction to Neurobiofeedback**
Helena, MT
06/11
Duties:  Presented on the fundamentals and application of Neurobiofeedback.

**Commitment of those meeting Imminent Danger/Gravely Disabled criteria in Montana**
Great Falls, MT
10/11
Duties:  Presented on the process and criteria of those committed to in civil proceedings in the state of Montana

**Psychosexual Risk Assessment**
Big Sky, MT
Montana County Attorneys Association
July of 2012
Duties: I presented to the Montana County Attorneys Association on psychosexual risk assessments.

**The Death Penalty, Forensic Assessment, and Neuroscience**
Missoula, MT
University of Montana Law School and Office of the Public Defender Joint Conference
August 2012
Duties: As part of a Federal Grant a comprehensive review of case law, history, and the role of psychologists in capital cases was presented.

**Psychosexual Risk Assessment**
**Utilizing the Acute for Community Risk Management**
Butte, MT
Montana State and Federal Probation and Parole
August 2012
Duties: Provided two separate trainings on Psychosexual risk to include what is risk assessment for the SO population and the ACUTE system as it relates to community supervision of sexual offenders in Montana by Probation and Parole.

**Mental Illness as it relates to psycholegal questions**
Billings, MT
Montana Public Defenders Office
September 2012
Duties: I provided training to the Montana Office of the Public Defenders on signs and symptoms of mental illness for those with Schizophrenia, Bipolar, and Major Depression and how those behavioral symptoms may be related to the psycholegal questions they face.

**Forensic Psychology: Established and Emerging Principles**
Helena, MT
Community at Large (Carroll College Lecture Series)
January 2013
Duties: I provide training on the fundamental differences between clinical and forensic practice, and focused on studies pointing to established and emerging principles in the area of Forensic Treatment. Attendees included a District Court Judge, The Lewis and Clark County Sheriff, Probation and Parole Officers, Legislator, State Hospital representatives, the Executive Director of NAMI, and officers of mental health boards.

**Management strategies for stress and anxiety for parents of foster children**
Helena, MT
CASA of Montana
February 2013
Duties: I provided training to potential foster parents on attachment and behavioral expectations of children who have experienced trauma.

**Forensic Interviewing of Children**
Livingston MT
Investigators Conference
August 2014
Duties: I provided training on research and practice regarding the Forensic Interviewing of children and subjects closely related.

**Eye Witness Identification**
Missoula MT
October 2014
Annual Public Defenders Conference
Duties: I provided training to the Montana Office of the Public Defenders on research relevant to Eye Witness Identification and how it can be applied in court cases.

**Forensic Interviewing of Children**
Missoula, MT
October 2014
Annual Public Defenders Conference
Duties: I provided training to the Montana Office of the Public Defenders on research and practice regarding the Forensic Interviewing of children and subjects closely related.

**Fitness to Proceed, Mental State at the Time of the Crime, and Civil Commitment Laws and Evaluations**
Helena, MT
3/10/2017
Duties: I presented to the Montana Public Defenders Region 4 on the topic of the processes and practice of evaluating those suspected to have a mental disease and/or defect which impacts their Fitness to Proceed, Knowledge or Purpose regarding the alleged crime, and/or their ability to appreciate and/or conform their actions to the requirements of the law. In Addition I reviewed Civil Commitment Law and the application in our county.

**Expert Panel on Stalking**
Fairmont, MT
4/21/2017
Duties: I was on a panel of experts who presented data and answered questions related to the profiles, risk, and intervention of individuals who engage in stalking behavior.

**DBT as it Applies to Dependency and Neglect Cases**
Helena, MT
5/1/2017
Duties: I presented on the application of Dialectical Behavioral Therapy to Parents who have had their children removed by the Department of Family Services to local Family Service Workers.

**EDUCATION**

**Forest Institute of Professional Psychology, Springfield, Missouri**
**(Full APA and North Central Accreditation)**
September 1998- August 2002
**Final Cumulative GPA**:  **3.93**
**Degree**: Doctorate in Clinical Psychology (Graduation: October 13, 2002)

**Forest Institute of Professional Psychology**
**(Full APA and North Central Accreditation)**
September 1998- October 8th, 2000
**Degree**:  Master of Arts in Clinical Psychology
**Carroll College, Helena, Montana**
January 1996- May 1998
**Major**:   Psychology
**Minor**:  Sociology
**Degree**:  Bachelors of Arts, spring 1998
Graduated Magna Cum Laude; inducted into Psi Chi honors society

**Western Montana College, Dillon, Montana**
September 1994- December 1995
**Major**:  Social Sciences - Transferred to Carroll College
**Honors**
Graduated Magna Cum Laude from Carroll College
Graduated Magna Cum Laude from Forest Institute for Masters of Arts Degree
Graduated Magna Cum Laude from Forest Institute for Doctoral Degree
Psi-Chi – Psychology National Honor Society
President's List – Forest Institute of Professional Psychology
Dean's List- Forest Institute Of Professional Psychology
Dean's List- Carroll College
Dean's List- Western Montana College
Leadership Development Institute for the State of Colorado

**Past Leadership Positions**
- Board member of Lewis and Clark Local Advisory Counsel (LAC) and subcommittee member of RFP committee

**Current Volunteer Leadership Positions**
- MSOTA Representative for Montana Sex Offender Task Force
- Co-Chair of MSOTA Standards Committee
- MSOTA Legislative Committee Member
- Governor Appointed Psychologist to the Montana Suicide Review Committee
- Psychologist representative on writing a bill to re-introduce Insanity as an affirmative Defense in the state of Montana

Ongoing Education and CEU's, and References available upon request