**CYNDEE L. PETERSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Cyndee.Peterson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>Defendant. | CR 17-48-GF-BMM<br><br><br>MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF BOWMAN SMELKO |

The United States hereby moves in limine to preclude the proposed expert testimony of Bowman Smelko, Psy.D.  The Defendant filed a notice of his intent to present the testimony of Dr. Smelko.  (Doc. 45).  The Defendant has indicated that Dr. Smelko will explain sexual fantasy and/or sexual role play to the jury.  As this testimony would be irrelevant to the charges in this case, the United States moves

1

this Court *in limine* to preclude the Defendant from introducing such testimony at trial.  The Defendant opposes this motion.

DATED this 13th day of February, 2018.

> KURT G. ALME
> United States Attorney
>
> */s/ Cyndee L.  Peterson*
> Assistant U.S. Attorney
> Attorney for the Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on 2/13/18 , a copy of the foregoing document

was served on the following persons by the following means:

(1)    CM/ECF
( )    Hand Delivery
( )    U.S. Mail
( )    Overnight Delivery Service
( )    Fax
( )    E-Mail

1. Evangelo Arvanetes- Attorney for defendant Kurtzera

/s/ Cyndee L. Peterson
Assistant U.S. Attorney
Attorney for the Plaintiff