**CYNDEE L. PETERSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E Pine, 2nd Floor
Missoula, MT  59802
Phone: 406-542-8851
FAX: 406-542-1476
Email: Cyndee.Peterson@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JAYCOB TYLER KUTZERA,**<br><br>Defendant. | CR 17-48-GF-BMM<br><br>**UNOPPOSED MOTION IN LIMINE FOR COURTROOM CLOSURE DURING CHILD'S TESTIMONY AND LIMITING PUBLISHING OF CHILD PORNOGRAPHY** |

Defendant Jaycob Tyler Kutzera has indicated to the United States that he intends to proceed to trial in this manner.  Pursuant to Title 18, United States Code, Section 3509(e), the United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that the Court enter an order excluding all persons not holding a direct interest in this case during the period of

1

the trial when the minor victim testifies.  Also, the United States requests the Court limit the publication of all other images of child pornography to the parties, the jury and the Court.  In support of the request, the Government states:

1. This case is scheduled for trial commencing on March 5, 2018.

2. At trial, the United States will call the minor victim to testify, and will introduce images of the child engaged in sexually explicit conduct.

3. Pursuant to 18 U.S.C. § 3509(e), the United States requests an order from the Court excluding all persons not holding a direct interest in the case when the minor victims provide testimony.  The United States also requests the Court limit the open courtroom publication of all sexually explicit images of the child to the parties, the jury and the Court.

4. Counsel for defendant has indicated that the defendant does not oppose the relief requested herein.

Dated this 15th day of February, 2018.

        KURT G. ALME
        United States Attorney

        */s/ Cyndee L. Peterson*
        CYNDEE L. PETERSON
        Assistant U. S. Attorney
        Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on 2/15/18 a copy of the foregoing document was served on the following persons by the following means:

(1)   CM/ECF

( )   Hand Delivery

( )   U.S. Mail

( )   Overnight Delivery Service

( )   Fax

( )   E-Mail

   1.   Evangelo Arvanetes- Attorney for defendant Kutzera

/s/ Cyndee L. Peterson
CYNDEE L. PETERSON
Assistant U. S. Attorney