**CYNDEE L. PETERSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Cyndee.Peterson@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **JAYCOB TYLER KUTZERA,** Defendant. | CR 17-48-GF-BMM **UNOPPOSED MOTION TO DISMISS COUNT 32** |

The United States hereby moves the Court to dismiss Count 32 of the Indictment herein.  Federal Rules of Criminal Procedure provides that the government may move to dismiss an indictment, or here a count in the indictment, with leave of the Court.  Fed. R. Crim. Proc. Rule 48(a).   Counsel for the Defendant was contacted, and the defendant does not oppose this motion.

1

DATED this 16th day of February, 2018.

                                        KURT G. ALME
                                        United States Attorney

                                        */s/ Cyndee L. Peterson*
                                        Assistant U.S. Attorney
                                        Attorney for the Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on 2/16/18, a copy of the foregoing document was served on the following persons by the following means:

(1)     CM/ECF
( )     Hand Delivery
( )     U.S. Mail
( )     Overnight Delivery Service
( )     Fax
( )     E-Mail

    1) Evangelo Arvanetes
       Attorney for defendant Kutzera

                                   */s/ Cyndee L. Peterson*
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff