# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>　　　　　　Defendant. | CR 17-48-GF-BMM<br><br>ORDER GRANTING<br>UNOPPOSED MOTION<br>TO DISMISS COUNT 32 |

　　　The United States moves this Court to dismiss Count 32 of the indictment herein. The Defendant does not oppose the motion.

　　　THEREFORE, it is hereby ordered that Count 32 of the Indictment is hereby DISMISSED without prejudice.

　　　DATED this 16th day of February, 2018.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge

1