EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, Montana 59401
vann_arvanetes@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>Defendant. | Case No. CR-17-48-GF-BMM<br><br>**DEFENDANT'S NOTICE OF INTENT TO PROCEED TO TRIAL** |

NOTICE IS HEREBY GIVEN that Defendant, Jaycob Tyler Kutzera, by and through his Counsel of record, EVANGELO ARVANETES, Assistant Federal Defender and the Federal Defenders of Montana, hereby gives notice that he intends proceed to trial in this matter.

RESPECTFULLY SUBMITTED this 20th day of February, 2018.

/s/ Evangelo Arvanetes

CERTIFICATE OF SERVICE
L.R. 5.2(b)

I hereby certify that on February 20, 2018, a copy of the foregoing document was served on the following persons by the following means:

1, 2    CM-ECF
_____ Hand Delivery
3    Mail
_____ Overnight Delivery Service
_____ Fax
_____ E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. CYNDEE L. PETERSON
Assistant United States Attorney
United States Attorney's Office
    Counsel for the United States of America

3. JAYCOB TYLER KUTZERA
    Defendant


/s/ Evangelo Arvanetes