**CYNDEE L. PETERSON**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT    59807**
**105 E. Pine, 2nd Floor**
**Missoula, MT    59802**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**Email: Cyndee.Peterson@usdoj.gov**
**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 17-48-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **<u>VERDICT</u>** |
| **JAYCOB TYLER KUTZERA,** | |
| **Defendant.** | |

We, the Jury, in the above-entitled cause unanimously find the defendant,

JAYCOB TYLER KUTZERA, as to Count 1 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

1

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 2 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 3 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 4 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 5 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 6 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 7 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 8 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 9 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 10 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 11 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 12 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 13 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 14 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 15 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

4

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 16 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 17 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 18 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 19 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 20 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 21 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 22 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 23 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 24 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 25 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 26 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 27 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 28 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 29 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 30 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 31 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 33 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 34 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 35 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

We, the Jury, in the above-entitled cause unanimously find the defendant, JAYCOB TYLER KUTZERA, as to Count 36 of Indictment pending against him:

_____ Not Guilty

_____ Guilty

DATED this _____ day of March, 2018.

_____
FOREPERSON