**CYNDEE L. PETERSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT   59807
105 E. Pine, 2nd Floor
Missoula, MT   59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Cyndee.Peterson@usdoj.gov
ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>Defendant. | CR 17-48-GF-BMM<br><br><br><br>**VERDICT REGARDING<br>FORFEITURE** |
|---|---|

We, the Jury, in the above-entitled cause find by a preponderance of the evidence that the property described as: commission of the offenses.   Said property is more specifically described as:

- HP Slimline Desktop computer, s/n 4C14220ZX4, and

1

- LG LGMS345 cell phone, s/n 512CYAS357768;

were used to facilitate the commission of the crime as alleged in the Indictment or contains any visual depiction of a minor engaged in sexually explicit conduct:

_____ True

_____ Not True

DATED this \_\_\_\_\_ day of March, 2018.

_____
FOREPERSON