EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, Montana 59401
vann_arvanetes@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
    Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| UNITED STATES OF AMERICA, | Case No. CR-17-48-GF-BMM |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION FOR EXPERT TO APPEAR VIA VIDEO**[1] |
| vs. | |
| JAYCOB TYLER KUTZERA, | |
| Defendant. | |

    COMES NOW, Defendant Jaycob Tyler Kutzera, by and through his Counsel Evangelo Arvanetes, Assistant Federal Defender, and the Federal Defenders of Montana, and respectfully moves the Court for an order allowing expert, Bowman Smelko, Psy.D, to testify via video at the Jury trial scheduled to begin Monday,

---

[1] Pursuant to local rule, Assistant United States Attorney Cyndee L. Peterson has been contacted and has no objection to this motion.

1

March 5, 2018, in Great Falls, Montana.

The parties have agreed to have Bowman Smelko testify via video **out of time** on Monday, March 5, 2018, between 1:30 p.m. and 2:30 p.m.

The undersigned and his defense team will coordinate with court personnel to ensure a proper video connection exists at a time to be determined based upon the events of the jury trial.

RESPECTFULLY SUBMITTED this 21st day of February, 2018.

/s/ Evangelo Arvanetes

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on February 21, 2018, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. CYNDEE L. PETERSON
   Assistant United States Attorney
   United States Attorney's Office
       Counsel for the United States of America

3. JAYCOB TYLER KUTZERA
       Defendant

/s/ Evangelo Arvanetes