# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-17-48-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| JAYCOB TYLER KUTZERA, | |
| Defendant. | |

Upon Motion of the Defendant,

IT IS HEREBY ORDERED that defense expert witness, Bowman Smelko, Psy.D, may testify via video during the Jury Trial on March 5, 2018, out of time, between 1:30 p.m. and 2:30 p.m.

DATED this _____ day of February, 2018.

_____
BRIAN M. MORRIS
UNITED STATES DISTRICT JUDGE

1