# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>　　　　　Defendant. | Case No. CR-17-48-GF-BMM<br><br>**ORDER** |

　　　Upon Motion of the Defendant,

　　　IT IS HEREBY ORDERED that defense witness, Shay Jeter, may testify via video during the Jury Trial scheduled to begin on March 5, 2018.

　　　DATED this _____ day of February, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BRIAN M. MORRIS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1