# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>JACOB TYLER KUTZERA,<br><br>　　　　　　　　Defendant. | Case No. CR-17-48-GF-BMM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the undersigned will conduct a hearing on Plaintiff's Motions in Limine, (Docs. 48 and 50) in **Wednesday, February 28, 2018 at 10:00 a.m.** at the Missouri River Federal Courthouse, Great Falls, Montana.

DATED this 22nd day of February, 2018.

_____
Brian Morris
United States District Court Judge