EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, Montana 59401
vann_arvanetes@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
      Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>Defendant. | Case No. CR-17-48-GF-BMM<br><br>**DEFENDANT'S NOTICE OF RECEIPT OF ADDITIONAL DISCOVERY** |

NOTICE IS HEREBY GIVEN that Defendant Jaycob Tyler Kutzera, by and through his Counsel, Evangelo Arvanetes, Assistant Federal Defender, and the Federal Defenders of Montana, received additional discovery bate stamped by the Government with numbers 347 to 444 and two (2) audio/video recordings.

RESPECTFULLY SUBMITTED this 26th day of February, 2018.

                                /s/ Evangelo Arvanetes

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on February 26, 2018, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. CYNDEE L. PETERSON
   Assistant United States Attorney
   United States Attorney's Office
   Counsel for the United States of America

3. JAYCOB TYLER KUTZERA
   Defendant


/s/ Evangelo Arvanetes