EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, Montana 59401
vann_arvanetes@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
        Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-17-48-GF-BMM** |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR DEFENDANT TO APPEAR TELEPHONICALLY** |
| JAYCOB TYLER KUTZERA, | |
| Defendant. | |

COMES NOW, Defendant Jaycob Tyler Kutzera, by and through his Counsel Evangelo Arvanetes, Assistant Federal Defender, and the Federal Defenders of Montana, and respectfully moves the Court for an order allowing him, Jaycob Tyler Kutzera to testify telephonically at the Motion Hearing scheduled for Wednesday, February 28, 2018, at 10:00 a.m., in Great Falls, Montana. (Doc. 63).

Mr. Kutzera is currently monitored by United States Probation on pre-trial

release from California.

Mr. Kutzera has requested from the undersigned after the time the hearing was set that it would be financially difficult for him to come to Great Falls, Montana, for the motion hearing.  Mr. Kutzera has already made arrangements to travel to Montana for the trial scheduled to begin Monday, March 5, 2018.

The undersigned contacted Assistant United States Attorney Cyndee Peterson, and she has informed the undersigned that she has no objection to allow Mr. Kutzera to appear by telephone for the motion hearing.

The Undersigned respectfully requests that the Defendant, Mr. Kutzera be allowed to appear telephonically at the hearing scheduled for Wednesday, February 28, 2018, at 10:00 a.m.

RESPECTFULLY SUBMITTED this 26th day of February, 2018.


/s/ Evangelo Arvanetes

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on February 26, 2018, a copy of the foregoing document

was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| | Hand Delivery |
| 3 | Mail |
| | Overnight Delivery Service |
| | Fax |
| | E-Mail |

1.    CLERK, UNITED STATES DISTRICT COURT

2.    CYNDEE L. PETERSON
      Assistant United States Attorney
      United States Attorney's Office
            Counsel for the United States of America

3.    JAYCOB TYLER KUTZERA
            Defendant


                              /s/ Evangelo Arvanetes