**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-17-48-GF-BMM** |
| Plaintiff, | |
| vs. | **ORDER** |
| JAYCOB TYLER KUTZERA, | |
| Defendant. | |

The Defendant having filed an Unopposed Motion for Defendant to Appear Telephonically, there being no objection from the Government;

IT IS HEREBY ORDERED that the Defendant, Jaycob Tyler Kutzera, may appear telephonically during the Motion Hearing on Wednesday, February 28, at 10:00 a.m. The Defendant will contact the Court to obtain the phone number to call in to for the Hearing.

DATED this 27th day of February, 2018.

Brian Morris
United States District Court Judge

1