# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>Defendant. | Case No. CR-17-48-GF-BMM<br><br>**ORDER** |

Upon Motion of the Defendant,

IT IS HEREBY ORDERED that defense witness, Shay Jeter, may testify via video during the Jury Trial scheduled to begin on March 5, 2018.

DATED this 27th day of February, 2018.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge

1