EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, Montana 59401
vann_arvanetes@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
        Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>Defendant. | **Case No. CR-17-48-GF-BMM**<br><br>**DEFENDANT'S NOTICE OF RECEIPT OF ADDITIONAL DISCOVERY** |

NOTICE IS HEREBY GIVEN that Defendant Jaycob Tyler Kutzera, by and through his Counsel, Evangelo Arvanetes, Assistant Federal Defender, and the Federal Defenders of Montana, received additional discovery bate stamped by the Government with numbers 445 to 446.

RESPECTFULLY SUBMITTED this 1st day of March, 2018.

/s/ Evangelo Arvanetes

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on March 1, 2018, a copy of the foregoing document was

served on the following persons by the following means:

<u>1, 2</u>  CM-ECF
<u>    </u>  Hand Delivery
<u>  3 </u>  Mail
<u>    </u>  Overnight Delivery Service
<u>    </u>  Fax
<u>    </u>  E-Mail

1.    CLERK, UNITED STATES DISTRICT COURT

2.    CYNDEE L. PETERSON
      Assistant United States Attorney
      United States Attorney's Office
          Counsel for the United States of America

3.    JAYCOB TYLER KUTZERA
          Defendant

/s/ Evangelo Arvanetes