IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br><br>Defendant. | CR 17-48-GF-BMM<br><br><br><br>ORDER |

Defendant having pled guilty to Counts 1, 5 and 36 of the Indictment at a

Change of Plea Hearing on March 5, 2018,

**IT IS ORDERED** that:

1.      Sentencing is set for **June 13, 2018**, at **10:00 AM** in the Missouri

River Federal Courthouse, Montana.

2.      The United States Probation Office shall conduct a presentence

investigation in accordance with Fed. R. Crim. P. 32(b) and 18 U.S.C. § 3552(a).

3.      Following completion of the presentence report, the probation officer

shall disclose the report (excepting any recommendations of the probation officer)

to the defendant, counsel for the defendant, and counsel for the government no

later than **May 18, 2018.**  The probation officer shall not disclose, directly or

indirectly to anyone under any circumstances, the substance or contents of any

recommendation made or to be made to the Court.

4.      In cases where restitution is mandatory, the probation officer shall

consider a payment plan with the Defendant and make recommendations to the

Court concerning interest and a payment schedule.

5.      In accordance with U.S.S.G. § 6A1.2, after receipt of the presentence

report and no later than **May 28, 2018** counsel for each party shall present to the

probation officer, in writing, any objections to be relied upon at sentencing and, if

there is a dispute over any material in the presentence report, counsel shall meet

with the probation officer and attempt to resolve disputes informally by diligent

good faith effort.

6.      The presentence report, in final form, shall be delivered to the Court

and the parties no later than **June 2, 2018.**

7.      If the objections made pursuant to ¶ 5 are not resolved and counsel

wishes the Court to address them, the objecting party shall submit all unresolved

objections and a sentencing memorandum to the Court no later than **June 4, 2018.**

The Court will resolve disputes in accordance with § 6A1.3 of the guidelines at the

sentencing hearing.

8.      The parties are advised that in the absence of good cause, the Court

will not allow witness testimony at sentencing except as authorized by Fed. R.

Crim. P. 32(i).  The Court will not approve payment of witness fees and costs

under Fed. R. Crim. P. 17(b) unless the witness testimony is authorized by Rule

32(i).  If either party intends to have witnesses testify at sentencing, the party must notify the Court and the opposing party, by filing a separate notification document, no later than **June 4, 2018** of the identity of the witness and the scope and purpose of the intended testimony.  The requirement that the opposing party be notified of any intended testimony applies regardless of the language of Rule 17(b) contemplating ex parte application for witness subpoenas.

9.   Without leave of Court, the defendant may file no more than ten (10) letters of support.  Defendants wishing to file more than ten (10) letters must first seek leave of Court explaining why a greater number is necessary.

10.   Any responses to sentencing memoranda shall be filed on or before **June 7, 2018.**

11.   Reply briefs will not be accepted for filing in sentencing matters.

DATED this 14th day of March, 2018.

Brian Morris
United States District Court Judge