**CYNDEE L. PETERSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Cyndee.Peterson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 17-48-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | UNOPPOSED MOTION FOR PRELIMINARY ORDER OF FORFEITURE |
| JAYCOB TYLER KUTZERA, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, Cyndee L. Peterson, Assistant United States Attorney for the District of Montana, pursuant to 18 U.S.C. § 2253(a), Rule 32.2 of the Federal Rules of Criminal Procedure, and incorporating Defendant Kutzera's plea agreement, specifically

1

paragraph 4, filed on March 5, 2018, moves this Court to enter a Preliminary Order of Forfeiture forfeiting to the United States the Defendants' right, title, and interest in the property referenced in the supporting brief, filed under separate cover.

Dated this 18th day of April, 2018.

KURT G. ALME
United States Attorney

 /s/ Cyndee L. Peterson
CYNDEE L. PETERSON
Assistant U.S. Attorney
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on 4/18/18, a copy of the foregoing document was served on the following persons by the following means:

(1)    CM/ECF
( )    Hand Delivery
( )    U.S. Mail
( )    Overnight Delivery Service
( )    Fax
( )    E-Mail

1. Evangelo Arvanetes
   Attorney for defendant Kutzera

*/s/ Cyndee L. Peterson*
Assistant U.S. Attorney
Attorney for Plaintiff