IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JAYCOB TYLER KUTZERA, Defendant. | CR 17-48-GF-BMM  ORDER |
|---|---|

This matter comes before the Court on the United States' motion for a preliminary order of forfeiture (Doc. __ ). Defendant Jaycob Tyler Kutzera appeared before this Court on March 5, 2018, and entered a plea of guilty to counts 1, 5, and 36 of the indictment. The Defendant's plea provides a factual basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 2253(a).

IT IS ORDERED:

THAT Defendant Jaycob Tyler Kutzera's interest in the following property is forfeited to the United States, in accordance with 18 U.S.C. § 2253(a):

- HP Slimline Desktop computer, s/n 4C14220ZX4, and

- LG LGMS345 cell phone, s/n 512CYAS357768;

THAT the Department of Homeland Security shall, prior to disposition of the assets, seize the property subject to forfeiture and further make its return to this Court as provided bylaw;

THAT the United States shall provide written notice to all third-parties asserting a legal interest in any of the above-described property and shall post on an official government internet site http://www.forfeiture.gov for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this _____ day of April, 2018.

_____
Brian Morris
United States District Court Judge