EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
104 Second Street South, Suite 301
Great Falls, Montana 59401
vann_arvanetes@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
      Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAYCOB TYLER KUTZERA, <br><br> Defendant. | Case No. CR-17-48-GF-BMM <br><br> **DEFENDANT'S UNOPPOSED MOTION TO EXTEND SENTENCING MEMORANDUM DEADLINE** |

      COMES NOW, the Defendant, Jaycob Tyler Kutzera, by and through his Counsel, Evangelo Arvanetes, Assistant Federal Defender and the Federal Defenders of Montana, and respectfully requests this Court for an extension of time in which to file the Sentencing Memorandum in this matter. The Sentencing Memorandum is

presently due on Monday, June 4, 2018, and the undersigned requests an extension until Friday, June 8, 2018.[1] This additional time is needed for the following reasons:

1.  The undersigned requests additional time to further review the Presentence Report.

2.  In addition, the undersigned requires additional time since he is in the process of relocating to the Billings Division.

3.  Finally, extra time will be in the interest of justice to ensure that all issues are raised and addressed from within the Presentence Investigation Report.

The Government does not object to this extension but requests the same extension to submit its sentencing memorandum.

RESPECTFULLY SUBMITTED this 1st day of June, 2018.

/s/ Evangelo Arvanetes

---

[1] Sentencing is currently scheduled for June 28, 2018.

## CERTIFICATE OF SERVICE - L.R. 5.2(b)

I hereby certify that on June 1, 2018, a copy of the foregoing document was served on the following persons by the following means:

| | | |
|---|---|---|
| <u>1, 2, 4</u> | CM-ECF | |
| <u>     </u> | Hand Delivery | |
| <u>  3  </u> | Mail | |
| <u>     </u> | E-Mail | |

1. CLERK, U.S. DISTRICT COURT

2. CYNDEE L. PETERSON
   Assistant United States Attorney
   United States Attorney's Office
      Counsel for the United States

3. JAYCOB TYLER KUTZERA
      Defendant

4. ANTOINETTE M. WELLS
   United States Probation Officer

/s/ Evangelo Arvanetes