**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-17-48-GF-BMM** |
| Plaintiff, | |
| vs. | |
| JAYCOB TYLER KUTZERA, | **ORDER** |
| Defendant. | |

Defendant **Jaycob Tyler Kutzera**, having filed an Unopposed Motion for Extension of Time to File Sentencing Memorandum, and there being no objection from the Government;

IT IS HEREBY ORDERED that the parties are granted an extension of time until Friday, June 8, 2018, in which to file *Sentencing Memoranda* in this matter.

DATED this 4th day of June, 2018.


_____
Brian Morris
United States District Court Judge

1