Skip To Main Content

[ Search ]

⚠ **WARNING:** Bogus Phone Calls, Emails May Lead to Fraud.   **Read More...**

Criminal Court Case Information - Case History

## Case Information

| Case Type: | Criminal | Location: | Downtown |
|---|---|---|---|

## Party Information

| Party Name - Number | Relationship | Sex | Attorney | Judge | Case # |
|---|---|---|---|---|---|
| State Of Arizona - (1) | Plaintiff | N/A | Tyma, Kathleen | | |
| Matthew Van Cleave - (2) | Defendant | M | Wrobel, Kristin | Master Calendar | CR2017-001934-001 |
| Marci Marie Schoby - (3) | Defendant | F | Souccar, Michael | Master Calendar | CR2017-001934-002 |
| Moriah Windson - (4) | Guardian Ad Litem | F | To Be Determined | | |
| Clerk Of The Court - (5) | In The Matter Of | N/A | To Be Determined | | |

## Disposition Information

| Party Name | ARSCode | Description | Crime Date | Disposition Code | Disposition | Date |
|---|---|---|---|---|---|---|
| Matthew Van Cleave | 13-1404A (F3) | SEXUAL ABUSE | 8/26/2016 | | | |
| Matthew Van Cleave | 13-1404A (F3) | SEXUAL ABUSE | 8/26/2016 | | | |
| Matthew Van Cleave | 13-1410A (F2) | MOLESTATION OF CHILD | 8/26/2016 | | | |
| Matthew Van Cleave | 13-1405A (F2) | SEXUAL CONDUCT WITH MINOR | 8/26/2016 | | | |
| Matthew Van Cleave | 13-1405A (F2) | SEXUAL CONDUCT WITH MINOR | 8/26/2016 | | | |
| Matthew Van Cleave | 13-1405A (F2) | SEXUAL CONDUCT WITH MINOR | 8/26/2016 | | | |
| Matthew Van Cleave | 13-1405A (F2) | SEXUAL CONDUCT WITH MINOR | 8/26/2016 | | | |
| Matthew Van Cleave | 13-1405A (F2) | SEXUAL CONDUCT WITH MINOR | 8/26/2016 | | | |
| Matthew Van Cleave | 13-1405A (F2) | SEXUAL CONDUCT WITH MINOR | 8/26/2016 | | | |
| Matthew Van Cleave | 13-1405A (F2) | SEXUAL CONDUCT WITH MINOR | 8/26/2016 | | | |
| Matthew Van Cleave | 13-1405A (F2) | SEXUAL CONDUCT WITH MINOR | 8/26/2016 | | | |
| Matthew Van Cleave | 13-3620A (F) | FAIL TO REPORT NEGLCT OF MINOR | 8/26/2016 | | | |
| Marci Marie Schoby | 13-3620A (M1) | FAIL TO REPORT NEGLCT OF MINOR | 8/26/2016 | Pled to Reduced Charge | Pled Guilty To Reduced Charge | 8/21/2017 |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 6/4/2018 | 176 - ME: Continuance - Party (001) | 6/4/2018 | |
| 4/10/2018 | 124 - ME: Mental Exam Def Incompetent - Party (001) | 4/10/2018 | |
| 4/5/2018 | SDC - Stipulation For Determination Of Competency On Basis Of Expert's Reports - Party (001) | 4/11/2018 | |
| 4/5/2018 | SDD - Notice: Sealed Document - Party (001) | 4/17/2018 | |
| | NOTE: MEDICAL REPORT DR GWEN LEVITT DATED 03/23/2018 | | |
| 4/5/2018 | SDD - Notice: Sealed Document - Party (001) | 4/17/2018 | |
| | NOTE: MEDICAL REPORT DR CELIA DRAKE DATED 03/02/2018 | | |
| 4/5/2018 | SDD - Notice: Sealed Document - Party (001) | 4/17/2018 | |
| | NOTE: MEDICAL REPORT DR WAYNE GENERAL DATED 02/24/2018 | | |
| 4/5/2018 | OCJ-Order of Confinement/Sentence to Maricopa County Jail - Party (001) | 4/10/2018 | |
| 3/14/2018 | 122 - ME: Mental Exam Experts Appt - Party (001) | 3/14/2018 | |
| 2/12/2018 | ORD - Order - Party (001) | 2/13/2018 | |
| | NOTE: RULE 11 | | |

| Date | Entry | Date | |
|---|---|---|---|
| 2/9/2018 | 120 - ME: Hrg/Motion/Rule 11 Exam - Party (001) | 2/9/2018 | |
| 2/2/2018 | MOT - Motion - Party (001) | 2/5/2018 | |
| NOTE: Motion for Rule 11 Evaluation | | | |
| 1/31/2018 | 089 - ME: Trial Setting - Party (001) | 1/31/2018 | |
| 1/30/2018 | PPM – Pro Per Motion/Notice/Mail - Party (001) | 1/31/2018 | Defendant (2) |
| NOTE: MOTION TO CHANGE COUNSEL | | | |
| 1/29/2018 | 331 - ME: Settlement Conference - Party (001) | 1/29/2018 | |
| 12/4/2017 | SND - Supplemental Notice Of Disclosure - Party (001) | 12/5/2017 | |
| NOTE: STATE'S SUPPLEMENTAL NOTICE OF DISCLOSURE | | | |
| 11/28/2017 | 083 - ME: Conference Reset/Cont - Party (001) | 11/28/2017 | |
| 11/14/2017 | 021 - ME: Nunc Pro Tunc Order - Party (002) | 11/14/2017 | |
| 11/7/2017 | 331 - ME: Settlement Conference - Party (001) | 11/7/2017 | |
| 11/3/2017 | DRE - Disposition Report - Party (002) | 11/6/2017 | |
| 11/1/2017 | 005 - ME: Hearing - Party (002) | 11/1/2017 | |
| 11/1/2017 | SOP - Sentencing Order - Probation - Party (002) | 11/1/2017 | |
| NOTE: SOP - Sentencing Order - Probation | | | |
| 10/31/2017 | PSR - Presentence Report - Party (002) | 10/31/2017 | |
| NOTE: Presentence Report | | | |
| 10/31/2017 | NRR - Notice Of Rights Of Review - Party (002) | 10/31/2017 | |
| NOTE: Notice of Right of Review | | | |
| 10/31/2017 | TCP - Terms & Conditions Of Probation/Money Ordered - Party (002) | 10/31/2017 | |
| NOTE: COUNT 13/Terms & Conditions of Probation/Money Ordered | | | |
| 10/24/2017 | 083 - ME: Conference Reset/Cont - Party (001) | 10/24/2017 | |
| 9/26/2017 | 083 - ME: Conference Reset/Cont - Party (001) | 9/26/2017 | |
| 9/19/2017 | 169 - ME: Sent/Dispo Reset - Party (002) | 9/19/2017 | |
| 8/29/2017 | 105 - ME: Plea Agreement/Change Of Plea - Party (002) | 8/29/2017 | |
| 8/29/2017 | 599 - ME: Complex Case Order/Initial Pretrial Conference - Party (001) | 8/29/2017 | |
| 8/21/2017 | PAG - Plea Agreement - Party (002) | 8/22/2017 | |
| 8/14/2017 | 005 - ME: Hearing - Party (001) | 8/14/2017 | |
| 7/28/2017 | 194 : Me: Initial Pretrial Conference - Party (002) | 7/28/2017 | |
| 7/28/2017 | 094 - ME: Oral Argument Set - Party (001) | 7/28/2017 | |
| 7/28/2017 | RMR - Response to Defendant's Motion - Party (001) | 7/28/2017 | |
| NOTE: STATE'S RESPONSE TO DEFENDANT'S MOTION FOR MODIFICATION OF RELEASE CONDITIONS: PRETRIAL SERVICES | | | |
| 7/26/2017 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (002) | 7/31/2017 | |
| 7/26/2017 | RTR - Return Receipt For Official Court Files/Transcripts/Exhibits - Party (001) | 7/31/2017 | |
| 7/21/2017 | 194 : Me: Initial Pretrial Conference - Party (001) | 7/21/2017 | |
| 7/20/2017 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (002) | 7/25/2017 | |
| NOTE: OFFICIAL | | | |
| 7/20/2017 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (001) | 7/25/2017 | |
| NOTE: OFFICIAL | | | |
| 7/20/2017 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (001) | 7/25/2017 | |
| 7/20/2017 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (002) | 7/25/2017 | |
| 7/20/2017 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (001) | 7/25/2017 | |
| 7/20/2017 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (002) | 7/25/2017 | |
| 7/17/2017 | MOT - Motion - Party (001) | 7/17/2017 | |
| NOTE: MOTION FOR MODIFICATION OF RELEASE CONDITIONS: PRETRIAL SERVICES | | | |
| 7/12/2017 | DAR - Notice of Disclosure and Request for Disclosure - Party (002) | 7/12/2017 | |
| NOTE: STATE'S NOTICE OF DISCLOSURE AND REQUEST FOR DISCLOSURE | | | |
| 7/11/2017 | DAR - Notice of Disclosure and Request for Disclosure - Party (001) | 7/11/2017 | |
| NOTE: STATE'S NOTICE OF DISCLOSURE AND REQUEST FOR DISCLOSURE | | | |
| 7/11/2017 | RQH - Request For Hearing - Party (001) | 7/12/2017 | |
| NOTE: STATE'S REQUEST FOR RULE 609 HEARING | | | |
| 7/11/2017 | ALG - Allegation - Party (001) | 7/12/2017 | |
| NOTE: STATE'S ALLEGATION OF PRIOR FELONY CONVICTION PURSUANT TO A.R.S. § 13-703 or A.R.S. § 13-704 | | | |
| 7/11/2017 | NOT - Notice - Party (001) | 7/12/2017 | |
| NOTE: NOTICE OF STATE'S RULE 15.2 REQUEST FOR PHYSICAL EVIDENCE AND REQUEST FOR LEAVE OF COURT TO TAKE PHYSICAL EVIDENCE AT THE INITIAL PRETRIAL CONFERENCE - UNDESIGNATED | | | |
| 7/5/2017 | SND - Supplemental Notice Of Disclosure - Party (001) | 7/6/2017 | |
| NOTE: STATE'S SUPPLEMENTAL NOTICE OF DISCLOSURE | | | |
| 7/5/2017 | MOT - Motion - Party (002) | 7/6/2017 | |
| NOTE: STATES MOTION TO APPOINT A GUARDIAN AD LITEM FOR VICTIM A | | | |
| 7/5/2017 | MOT - Motion - Party (001) | 7/6/2017 | |
| NOTE: STATE'S MOTION TO APPOINT A GUARDIAN AD LITEM FOR VICTIM A | | | |
| 6/30/2017 | 023 - ME: Order Entered By Court - Party (001) | 6/30/2017 | |
| 6/22/2017 | MTR - Motion for Temporary Removal Of Court File/Transcripts/Exhibit - Party (002) | 6/23/2017 | |
| 6/22/2017 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (001) | 6/26/2017 | |
| 6/22/2017 | OFT - Order for Temporary Removal of Court File/Transcripts/Exhibits - Party (001) | 6/26/2017 | |
| NOTE: OFFICIAL | | | |
| 6/22/2017 | RRF - Release Receipt For Official Court Files/Transcripts/Exhibits - Party (001) | 6/28/2017 | |
| 6/20/2017 | NDR - Notice of Defenses and Request for Notice of Rebuttal Witnesses - Party (002) | 6/20/2017 | |
| NOTE: NOTICE OF DEFENSES AND REQUEST FOR NOTICE OF REBUTTAL WITNESSES | | | |
| 6/19/2017 | 152 - ME: Not Guilty Plea Arraign - Party (002) | 6/19/2017 | |
| 6/14/2017 | MOT - Motion - Party (001) | 6/14/2017 | |
| NOTE: Motion to Preserve and Produce | | | |
| 6/14/2017 | REQ - Request - Party (001) | 6/14/2017 | |
| NOTE: DEFENDANT'S RULE 15.1 REQUEST FOR DISCLOSURE | | | |

| Date | Event | Date | Party |
|---|---|---|---|
| 6/14/2017 | NDR - Notice of Defenses and Request for Notice of Rebuttal Witnesses - Party (001) | 6/14/2017 | |
| | NOTE: Notice of Defenses and Request for Notice of Rebuttal Witnesses | | |
| 6/14/2017 | MOT - Motion - Party (001) | 6/14/2017 | |
| | NOTE: Defendants Motion for Disclosure of Specific Discovery | | |
| 6/8/2017 | FIN - Financial Information - Party (002) | 6/8/2017 | |
| | NOTE: Financial | | |
| 6/8/2017 | ORC - Order Regarding Counsel - Party (002) | 6/8/2017 | |
| | NOTE: Order Regarding Counsel | | |
| 6/8/2017 | ROC– Release Order/Order Regarding Counsel - Party (002) | 6/8/2017 | |
| | NOTE: Release Order | | |
| 6/2/2017 | GJT – Grand Jury Transcript - Party (002) | 6/2/2017 | |
| 6/2/2017 | GJT – Grand Jury Transcript - Party (001) | 6/2/2017 | |
| 5/30/2017 | 152 - ME: Not Guilty Plea Arraign - Party (001) | 5/30/2017 | |
| 5/26/2017 | SUM - Summons - Party (002) | 5/26/2017 | Plaintiff (1) |
| | NOTE: 05/19/2017 | | |
| 5/18/2017 | WRS-Warrant Served - Party (001) | 5/18/2017 | Plaintiff (1) |
| | NOTE: 5/16/17 | | |
| 5/17/2017 | ROC– Release Order/Order Regarding Counsel - Party (001) | 5/18/2017 | |
| | NOTE: IA Release Order | | |
| 5/17/2017 | IAD - Initial Appearance Document - Party (001) | 5/17/2017 | |
| | NOTE: IA Packet | | |
| 5/9/2017 | 604 - ME: GJ True Bill/Warrant Issue - Party (001) | 5/18/2017 | |
| 5/9/2017 | CID - Court Information Sheet - Party (001) | 5/18/2017 | Plaintiff (1) |
| 5/9/2017 | NOT - Notice - Party (001) | 5/18/2017 | Plaintiff (1) |
| | NOTE: RULE 2.3 VICTIM IDENTIFIER INFORMATION FORM | | |
| 5/9/2017 | IND - Indictment - Party (001) | 5/18/2017 | Plaintiff (1) |
| 5/9/2017 | IND - Indictment - Party (002) | 5/26/2017 | Plaintiff (1) |
| 5/9/2017 | NOT - Notice - Party (002) | 5/30/2017 | Plaintiff (1) |
| | NOTE: RULE 2.3 VICTIM IDENTIFIER INFORMATION FORM | | |
| 5/9/2017 | CID - Court Information Sheet - Party (002) | 5/30/2017 | Plaintiff (1) |
| 5/9/2017 | 600 - ME: GJ True Bill/Summons Issued - Party (002) | 5/30/2017 | |

## Case Calendar

| Date | Time | Event |
|---|---|---|
| 5/17/2017 | 8:00 | Initial Appearance |
| 5/25/2017 | 8:30 | Original Arraignment Hearing |
| 6/8/2017 | 8:30 | Original Arraignment Hearing |
| 7/6/2017 | 8:15 | Initial Pretrial Conference |
| 7/12/2017 | 8:15 | Initial Pretrial Conference |
| 7/20/2017 | 8:15 | Initial Pretrial Conference |
| 8/7/2017 | 8:31 | Comprehensive PreTrial Conference |
| 8/10/2017 | 8:30 | Oral Argument |
| 8/10/2017 | 8:31 | Comprehensive PreTrial Conference |
| 8/21/2017 | 8:30 | Comprehensive PreTrial Conference |
| 8/21/2017 | 8:31 | Comprehensive PreTrial Conference |
| 9/14/2017 | 8:30 | Pre-Trial Conference |
| 9/18/2017 | 8:30 | Sentencing |
| 9/21/2017 | 8:00 | Trial |
| 9/25/2017 | 8:30 | Complex / Capital Case |
| 9/28/2017 | 8:30 | Pre-Trial Conference |
| 10/5/2017 | 8:00 | Trial |
| 10/23/2017 | 8:30 | Complex / Capital Case |
| 10/31/2017 | 8:30 | Sentencing |
| 10/31/2017 | 8:30 | Sentencing |
| 11/3/2017 | 14:30 | Settlement Conference |
| 11/27/2017 | 8:30 | Complex / Capital Case |
| 1/26/2018 | 15:30 | Settlement Conference |
| 1/30/2018 | 8:30 | Complex / Capital Case |
| 2/1/2018 | 11:00 | Settlement Conference |
| 2/27/2018 | 8:30 | Status Conference |
| 3/8/2018 | 9:00 | Rule 11 Hearing |
| 3/8/2018 | 13:30 | Rule 11 Hearing |
| 4/5/2018 | 9:00 | Rule 11 Hearing |
| 4/17/2018 | 8:30 | Pre-Trial Conference |
| 4/24/2018 | 8:00 | Trial |
| 5/31/2018 | 9:00 | Rule 11 Hearing |
| 7/5/2018 | 9:00 | Rule 11 Hearing |
| 7/16/2018 | 9:00 | Rule 11 Hearing |