EXHIBIT A - CURRENT RESTITUTION REQUEST

# VICTIM IMPACT STATEMENT
## United States v. Jaycob Tyler Kutzera
## CR 17-48-GF-BMM

**NAME:** M     S

### A. RESTITUTION

1. List total amount requested for restitution from the defendant's crime (Use enclosed checklist to help): Please provide any receipts or documentation to substantiate the claim:

_____ $_____

- **Phone taken by the police and put in evidence. $75.00**

- **Replacement phone for the minor. $150**

- **Driving to Helena from Great Falls while minor was in Shodair – 192 mile round trip for 5 days – $518.40 this rate is based on the IRS mileage rate for 2016.**

- **Work missed while minor victim was in Shodair - $16.00/ hr 8 hr days for 5 days = $640.00**

- **Minor victim in Shodair for 5 days - $370.00 / day =$1,850.00**

- **Counseling in Montana from April 15, 2016 - June 23, 2016 – $120/ Hr pre visit minor victim was seen 1 time a week. = 10 weeks = $1,200.00**

- **Counseling in Arizona from June 23, 2016 – January 1, 2018 - $130 / Hr per visit minor victim was seen 1 time a week. = 80 weeks = $10,400**

- PHD level therapy for DBT-PTSD treatment January 1, 2018 til still ongoing - $150 / Hr per visit. Minor Victim is seen once a week for this treatment. = 23 weeks = **$3,400.00** and ongoing.
- PHD level therapy for DBT-PTSD treatment plan to finish treatment for minor victim projected end of treatment is December 14, 2018. - $150 / Hr per visit victim will be seen once a week for this treatment = 28 weeks = **$4,200**

- Counseling in Arizona treatment plan will start when the PHD level therapy concludes. Minor victim will go back to who she previously has seen. The treatment plan will be for 1 year following the PHD level therapy. For the first 3 months she will be seen once a week. For the remainder of the 9 months she will be seen every other week. From Arizona  counseling with a Master's level counselor starting on

**December 17, 2018 to March 15, 2019 being seen weekly = $130 / Hr per visit @ 13 weeks = $1,690. Starting March 18, 2019 minor victim will be seen every other week ending December 31, 2019 = 20 appointments at $130 / Hr per visit = $2,600**

**Total cost = $22,523.40**

**B. REIMBURSEMENT RECEIVED** (*Have you been reimbursed for loss?*): __X___ Yes _____ No

If reimbursed please explain and provide amount: Some have been paid out by my insurance for the minor child.

For the Counseling in Montana they paid for 50% of the cost for the impatient hospital stay. = $950.00

For outpatient counseling in Montana they paid 50% of the cost. = $600.00

Arizona counseling they paid 75% of the cost = $7,800.00

Arizona PHD level therapy they pay 75% of the cost = $ 2,550.00 this service is still ongoing.

Future treatment for PHD level therapy for finishing treatment insurance will continue to pay 75% of the cost = $1,267.50

Future treatment for Master's level therapy insurance will pay 75% of the cost = $1,950.00

TOTAL REIMBURSEMENT RECEIVED TO THIS DATE $15,117.50

TOTAL RESTITUTION REQUESTED $7,405.90

**How has this crime affected you? Please see the victim statement that was provided to the US Attorney's office**

**Please attach additional sheets if needed Please provide**

**Please provide any additional information which you would like the court to consider at the time of sentencing.**


**Would you like to attend the sentencing?** _____ Yes
\_\_\_X\_\_\_ No


**Would you like to address the court at sentencing?** \_\_\_X\_\_\_ Yes
_____ No I have addressed the court by the letter that I have wrote and turned in to the US Attorney's office.


I declare under penalty of law the above information is true and correct.
Dated this 30th day of May, 2018.
Signature\_\_M       S                  _____

**Electronically signed in order to get to the US Attorney's office.**

**PLEASE RETURN TO THE U.S. ATTORNEY=S OFFICE, 901 FRONT ST., STE. 1100,
HELENA, MT 59626 NO LATER THAN APRIL 16, 2018.**