EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, MT 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
vann_arvanetes@fd.org
      Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| UNITED STATES OF AMERICA, | Case No. CR-17-48-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF FILING EXHIBIT RELEVANT TO SENTENCING |
| JAYCOB TYLER KUTZERA, | |
| Defendant. | |

JAYCOB TYLER KUTZERA, the above-named Defendant, by and through his counsel of record, EVANGELO ARVANETES and the FEDERAL DEFENDERS OF MONTANA, hereby submits the attached exhibit relevant to sentencing in this matter.

DATED this 26th day of June, 2018.

                                            /s/ Evangelo Arvanetes
                                            EVANGELO ARVANETES
                                            Federal Defenders of Montana
                                                Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on June 26, 2018, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. CYNDEE PETERSON
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
   Counsel for the United States.

3. JAYCOB KUTZERA
   Defendant

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
Counsel for Defendant