## ALAN J. MANN, MA, LMFT
*Licensed Marriage and Family Therapist*
1715 Grand Avenue, Grand Junction, CO 81501
(760) 881-0111  -or-  (970) 314-7379
E-mail: alanmann@charter.net

June 22, 2018

Subject:    Jaycob "Jay" Kutzera
            *Sentencing Recommendation*
DOB:        7/15/94

To Whom It May Concern:

I am writing on behalf of the above-referenced individual at the request of his parents and with his permission. I am a licensed mental health professional, now practicing in Colorado. Jay has not been a client of mine but as the eldest son of good family friends. I have spent considerable experience with him. I feel I know him very well. It is from this perspective that I am writing.

## A Brief Assessment

Jaycob is a 25 year old Caucasian man who has yet to focus on a career and, instead, has worked for his step-father until he decides on a career direction.

Jay is of average or above average intelligence. His thought processes are essentially normal, logical and linear. His communication is generally clear, organized and coherent. There are no indications of tangential or circumstantial thoughts. Associations are generally tight. Thought content is normal, free of preoccupations and ideas of reference. Jay manifests no delusions and/or hallucinations.

Mr.Kutzera's mood is now moderately depressed, anxious and labile. His moods are congruent with recent and future changes in his life brought about by his recent conviction and the sentence to be soon imposed. Jay now has fleeting thoughts of suicide. He denies any previous attempts or any current means or plan. These findings are most troubling as he worries about what he perceives as a very

long, very harsh sentence in federal custody, Moreover, Jay's sleep and appetite have been disturbed.

Jay's cognition is characterized by adequate long-term and short-term memory. Further, he is well-oriented only with fair insight and judgment. It is these last two characteristics that have led to his current legal difficulties.

In brief, Jay is a young man with no significant mental health issues except those stemming from his current legal problems. In my clinical opinion, he faces emotional and psychological challenges that will <u>far</u> outstrip his psychological and intellectual resources.

## Conclusions

Based upon both my personal and professional knowledge of Jaycob Kutzera (and with the court's indulgence), I would like to stress the following points as to his sentence:

- Jay is accepting of his responsibility in his crime. His hope now is to atone for his offense and salvage his life.

- Jaycob does not possess the personal psychological resources to long-withstand the rigors of federal incarceration.

- Due to his meek, dependent nature, Jay will likely be frequently exploited and victimized. He will leave prison embittered and
wholly disillusioned.

- Given this temperament, he will not have the strength and resilience to stave off the various psychological difficulties often brought about, or exacerbated by, prolonged incarceration. These conditions would include post traumatic stress disorder, anxiety and depression. Indeed, he is already showing significant signs of these.

- In addition, Jay will have plenty of time to explore further

criminal endeavors to align himself with other inmates who can insure his survival.

- It seems clear that Jaycob can be readily "rehabilitated". It should be noted that he is not a *serial* offender. I believe he can and will benefit from treatment to enhance his insight, judgment and curb his impulsiveness.

## Recommendations

I believe that the life of Jaycob Kutzera remains salvable. He himself believe he should be punished but with a reasonable sentence. Therefore, I ask the court for the following:

- A sentence that is not based on maximums but on forgiveness and compassion.

- A sentence that will strongly support treatment and rehabilitation.

- A sentence that will not need to follow Jay all the days of his life. If he can start afresh after completion of a reasonable sentence, I am convinced that he will live a successful and crime-free life.

Should you require further information or clarification, please feel free to contact me. Thank you very much for your consideration of this matter.


Respectfully Submitted,


Alan J. Mann, MA, LMFT
Colorado License: *MFT 0001321*
California License: *MFT 22335*