EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, MT 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
vann_arvanetes@fd.org
        Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-17-48-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF FILING EXHIBITS RELEVANT TO SENTENCING** |
| JAYCOB TYLER KUTZERA, | |
| Defendant. | |

JAYCOB TYLER KUTZERA, the above-named Defendant, by and through

his counsel of record, EVANGELO ARVANETES and the FEDERAL DEFENDERS

OF MONTANA, hereby submits the attached exhibits relevant to sentencing in this

matter.

DATED this 27th day of June, 2018.

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
        Counsel for Defendant

## CERTIFICATE OF SERVICE
### L.R. 5.2(b)

I hereby certify that on June 27, 2018, a copy of the foregoing document was

served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1.  CLERK, UNITED STATES DISTRICT COURT

2.  CYNDEE PETERSON
    Assistant United States Attorney
    United States Attorney's Office
    2601 2nd Avenue North, Suite 3200
    Billings, MT 59101
           Counsel for the United States.

3.  JAYCOB KUTZERA
          Defendant

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
       Counsel for Defendant