EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
vann_arvanetes@fd.org
      Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>Defendant | **Case No. CR-17-48-GF-BMM**<br><br><br>**NOTICE OF APPEAL** |

    NOTICE IS HEREBY GIVEN that Defendant JAYCOB TYLER KUTZERA, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment filed and entered on July 28, 2018. This Appeal is from the sentence only.

    RESPECTFULLY SUBMITTED 3rd day of July, 2018.

                                        /s/ Evangelo Arvanetes
                                        EVANGELO ARVANETES
                                        Federal Defenders of Montana
                                              Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

      I hereby certify that on July 3, 2018, a copy of the foregoing document was served on the following persons by the following means:

| | | |
|---|---|---|
| 1, 2 | | CM-ECF |
| | | Hand Delivery |
| 3 | | Mail |
| | | Overnight Delivery Service |
| | | Fax |
| | | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. CYNDEE PETERSON
    Assistant United States Attorney
    United States Attorney's Office
    2601 2nd Avenue North, Suite 3200
    Billings, MT 59101
        Counsel for the United States of America

3. JAYCOB TYLER KUTZERA
        Defendant

                                                  /s/ Evangelo Arvanetes
                                                  EVANGELO ARVANETES
                                                  Federal Defenders of Montana
                                                      Counsel for Defendant