**CYNDEE L. PETERSON**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2d Floor**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**Email: Cyndee.Peterson@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JAYCOB TYLER KUTZERA**<br><br>Defendants. | CR 17-48-GF-BMM<br><br>**DECLARATION OF PUBLICATION** |

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 24, 2018 and ending on June 22, 2018. (See, Exhibit 1.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2018 at Missoula, Montana.

                                          KURT G. ALME
                                          United States Attorney


                                          */s/ Cyndee L. Peterson*
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff