# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## TRANSCRIPT DESIGNATION AND ORDERING FORM
*Please read instructions.*

| | | |
|---|---|---|
| **1. NAME** Evangelo Arvanetes | **2. PHONE NUMBER** (406) 259-2459 | **3. DATE** 09/24/2018 |
| **4. MAILING ADDRESS** 2702 Montana Avenue, Suite 101 | **5. E-MAIL ADDRESS** rachel_evans@fd.org | **6. CITY** Billings **7. STATE** Montana |
| **8. ZIP CODE** 59102 | **9. JUDGE** Brian M. Morris | **10. CASE NAME** United States vs. Jaycob Tyler Kutzera |
| **11. U.S. DISTRICT COURT CASE NUMBER** CR-17-48-GF-BMM | **12. COURT OF APPEALS CASE NUMBER** 18-30144 | |

**13. ORDER FOR**

- ✓ APPEAL
- ☐ CRIMINAL
- ☐ CRIMINAL JUSTICE ACT
- ☐ BANKRUPTCY
- ☐ NON-APPEAL
- ☐ CIVIL
- ☐ IN FORMA PAUPERIS
- ☐ OTHER - Specify

**14. TRANSCRIPT REQUESTED** - Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.

| PORTIONS | DATE(S) | REPORTER | PORTIONS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| Change of Plea | 03/05/2018 | Heinze | Closing Argument - Plaintiff | | |
| Pre-trial Proceeding | | | Closing Argument - Defendant | | |
| Voir Dire | | | Settlement Instructions | | |
| Opening Statement - Plaintiff | | | Jury Instructions | | |
| Opening Statement - Defendant | | | Sentencing | | |
| Testimony - Specify Witness | | | Other - Specify | | |

**15. ORDER**

| CATEGORY | ORIGINAL (Includes certified copy to clerk for records of the Court) | FIRST COPY to each party | ADDITIONAL COPIES to same party | Paper | Electronic Specify File Format |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | $3.65/page ☐ | $.90/page ✓ | $.60 page ☐ | ✓ Full Size ☐ A-Z word index | ☐ ASCII ☐ A-Z word index ✓ PDF |
| 14-Day | $4.25/page ☐ | $.90/page ☐ | $.60/page ☐ | ☐ Full Size ☐ A-Z word index | ☐ ASCII ☐ A-Z word index ☐ PDF |
| 7-Day | $4.85/page ☐ | $.90/page ☐ | $.60/page ☐ | ☐ Full Size ☐ A-Z word index | ☐ ASCII ☐ A-Z word index ☐ PDF |
| 3-Day | $5.45/page ☐ | $1.05/page ☐ | $.75/page ☐ | ☐ Full Size ☐ A-Z word index | ☐ ASCII ☐ A-Z word index ☐ PDF |
| DAILY | $6.05/page ☐ | $1.20/page ☐ | $.90/page ☐ | ☐ Full Size ☐ A-Z word index | ☐ ASCII ☐ A-Z word index ☐ PDF |
| HOURLY | $7.25/page ☐ | $1.20/page ☐ | $.90/page ☐ | ☐ Full Size ☐ A-Z word index | ☐ ASCII ☐ A-Z word index ☐ PDF |

**16. & 17. CERTIFICATE OF SERVICE, DISTRIBUTION and PAYMENT**
**E-file this form with the clerk's office, mail to opposing counsel if they are not electronic filers and serve the court reporter.**
If payment is authorized under CJA, complete CJA 24 form through box 15 and attach to this order when e-filing.
Financial arrangements must be made with the court reporter before transcript is prepared.

I certify that this form has been served on the court reporter this date: 09/24/2018    Attorney signature: /s/ Evangelo Arvanetes

Revised: 4/2/18