**CYNDEE L. PETERSON**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**Email: Cyndee.Peterson@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **JAYCOB TYLER KUTZERA,** <br><br> Defendant. | CR 17-48-GF-BMM <br><br> **UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE** |

Plaintiff, United States of America, by and through its counsel of record, Cyndee L. Peterson, Assistant United States Attorney for the District of Montana, pursuant to 18 U.S.C. § 2253(a), Rule 32.2 of the Federal Rules of Criminal Procedure, moves this Court to enter a Final Order of Forfeiture, forfeiting the

1

defendant's right, title, and interest in the property referenced in the supporting brief, filed under separate cover. The defendant admitted the forfeiture allegation in his plea agreement and does not oppose this motion. L.R. CR 47.1(a).

Dated this 30th day of November, 2018.

KURT G. ALME
United States Attorney

 /s/ Cyndee L. Peterson
CYNDEE L. PETERSON
Assistant U.S. Attorney
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on 11/30/18, a copy of the foregoing document was served on the following persons by the following means:

(1)  CM/ECF
( )  Hand Delivery
( )  U.S. Mail
( )  Overnight Delivery Service
( )  Fax
( )  E-Mail

1.  Evangelo Arvanetes
    Attorney for defendant Kutzera

*/s/ Cyndee L. Peterson*
Assistant U.S. Attorney
Attorney for Plaintiff