IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAYCOB TYLER KUTZERA, Defendant. | CR 17-48-GF-BMM ORDER |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a).

2. A Preliminary Order of Forfeiture was entered on May 17, 2018;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

4.  It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 18 U.S.C. 2253(a).

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

The motion for Final Order of Forfeiture is GRANTED and Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 18 U.S.C. 2253(a) free from the claims of any other party:

- HP Slimline Desktop computer, s/n 4C14220ZX4, and
- LG LGMS345 cell phone, s/n 512CYAS357768.

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this _____ day of _____, 2018.

_____
Brian Morris
United States District Court Judge