**CYNDEE L. PETERSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Cyndee.Peterson@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| UNITED STATES OF AMERICA, Plaintiff, vs. JAYCOB TYLER KUTZERA, Defendant. | CR 17-48-GF-BMM <br><br> **BRIEF IN SUPPORT OF UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE** |
|---|---|

The United States of America has moved for a Final Order of Forfeiture, forfeiting the defendant's right, title, and interest in the property listed below. 18 U.S.C. § 2253(a) and Rule 32.2, Federal Rules of Criminal Procedure. The defendant admitted the forfeiture allegation in his plea agreement and does not oppose the motion. L.R. CR 47.1(a).

The basis for the government's motion is as follows:

1.      On May 17, 2018, a Preliminary Order of Forfeiture (Doc. 80) was entered by the Court forfeiting to the United States any and all of defendant's right, title and interest in the following property:

- HP Slimline Desktop computer, s/n 4C14220ZX4, and
- LG LGMS345 cell phone, s/n 512CYAS357768.

2.      The Preliminary Order of Forfeiture directed the Department of Homeland Security to seize the property subject to forfeiture.   It further directed the United States to publish notice of the forfeiture and the United States' intent to dispose of the property.

3.      The United States published notice of the defendant's forfeiture on the official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days.   A Declaration of Publication was filed on July 3, 2018. (Doc. 96).

4.      To date, no party has filed a Claim, a Petition for Adjudication of Interest, or otherwise claimed any interest in the subject property.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. § 2253(a).

DATED this 30th day of November, 2018.

          KURT G. ALME
          United States Attorney

          */s/ Cyndee L. Peterson*
          Assistant U.S. Attorney
          Attorney for Plaintiff

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. CR 47.2(c) the word count of the attached brief contains 244 words, excluding caption, and certificates of service and compliance.

>  /s/ Cyndee L. Peterson
>  Assistant U.S. Attorney
>  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on 11/30/18, a copy of the foregoing document was served on the following persons by the following means:

(1)  CM/ECF
( )  Hand Delivery
( )  U.S. Mail
( )  Overnight Delivery Service
( )  Fax
( )  E-Mail

1. Evangelo Arvanetes
   Attorney for defendant Kutzera

>  /s/ Cyndee L. Peterson
>  Assistant U.S. Attorney
>  Attorney for Plaintiff