# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 17-48-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| **JAYCOB TYLER KUTZERA,** | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. The Court having reviewed said motion and brief FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a).

2. A Preliminary Order of Forfeiture was entered on May 17, 2018;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 18 U.S.C. 2253(a).

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

The motion for Final Order of Forfeiture is GRANTED and Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 18 U.S.C. 2253(a) free from the claims of any other party:

- HP Slimline Desktop computer, s/n 4C14220ZX4, and
- LG LGMS345 cell phone, s/n 512CYAS357768.

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 3rd day of December, 2018.

Brian Morris
United States District Court Judge