UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** | |
| APR 10 2019 | |
| MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS | |

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

JAYCOB TYLER KUTZERA,

        Defendant - Appellant.

No. 18-30144

D.C. No. 4:17-cr-00048-BMM-1
U.S. District Court for Montana,
Great Falls

**MANDATE**

The judgment of this Court, entered March 19, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7