EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
vann_arvanetes@fd.org
      Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>Defendant. | **Case No. CR-17-48-GF-BMM**<br><br>**MOTION FOR ORDER EXONERATING BOND** |

COMES NOW the Defendant, JAYCOB TYLER KUTZERA, by and through his attorney of record, EVANGELO ARVANETES and the FEDERAL DEFENDERS OF MONTANA, and hereby move this Honorable Court for the entry of an order to (1) exonerate the bond posted in support of the release of the defendant on July 6, 2017 and (2) direct the Clerk of the Court to reconvey the following real property to Joe and Susan Vergilio, namely: 7373 Judy Lane, Apple Valley,

1

California 92308, for the reason that this case has been concluded and the necessity for the bond has passed.

Undersigned has contacted Assistant United States Attorney, Cyndee L. Peterson, and she does not object to this motion.

Undersigned respectfully requests the Court to issue an order exonerating the bond posted in support of the release of Mr. Kutzera. The bond was posted in San Bernardino County California, case number ED 17-0323M. Notice of the Order Exonerating Bond will need to be sent to:

Clerk of District Court
George E. Brown, Jr. Federal Building and Courthouse
ATTN: Fiscal Department
3470 Twelfth Street
Riverside, CA  92501-3801

RESPECTFULLY SUBMITTED this 7th day of August, 2019.

>/s/ Evangelo Arvanetes
> EVANGELO ARVANETES
> Federal Defenders of Montana
>    Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on August 7, 2019, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1,2__ | CM-ECF |
| _____ | Hand Delivery |
| __3__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. CYNDEE L. PETERSON
   Assistant United States Attorney
   United States Attorney's Office
   P.O. Box 8329
   Missoula, MT  59807
       Counsel for the United States

3. JAYCOB TYLER KUTZERA
       Defendant

                                              /s/ Evangelo Arvanetes
                                              EVANGELO ARVANETES
                                              Federal Defenders of Montana
                                                  Counsel for Defendant