# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GRET FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYCOB TYLER KUTZERA,<br><br>Defendant. | Case No. CR-17-48-GF-BMM<br><br>**ORDER** |

Defendant Jaycob Tyler Kutzera, having filed a Motion for Order Exonerating Bond and good cause appearing therefore;

IT IS HEREBY ORDERED that the bond is exonerated in this case.

The Clerk is directed to mail a copy of this Order to all parties and to the Clerk of District Court, Attn: Fiscal Department, Riverside, California.

DATED this____day of August, 2019.

_____
BRIAN M. MORRIS
United States District Judge

1